# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA

**JOYCE TAYLOR-WILLIAMS, PRO SE**

CIVIL CASE # 8:14cv2085 T35 EAJ

### PLAINTIFFS,

vs.

### DEFENDANTS

ESTATE OF ARTHUR T. JONES ESTATE- DECEASED

BIBLE BASE-FELLOWSHIP INC. "BBFC"

A.T. JONES MINISTRIES, INC."ATJ MIN"

FLORIDA MASS CHOIR INC. "FMC"

BIBLE-BASED FELLOWSHIP DEVELOPMENT CORP "BBFC DEVELOPMENT CORP"

DAVE WEAVER-RODGERS individually and as an agent of BBFC

RODNEY ALLMOND, individually and as an employee of BBFC

ROBERT B. MORRISON, Jr., individually and as an agent of BBFC

DORIS JONES, individually and as an agent of BBFC, FMC, ATJ MIN

RUTH HUNTER, individually and as an agent of BBFC, FMC, ATJ MIN

MICHAEL BOONE, individually and as an agent of BBFC, ATJ MIN, BBFC DEV CORP

VERA WINFREY, individually and as an agent of BBFC, FMC, ATJ MIN

2014 AUG 26  PM 1:59  FILED

TPA-2-5340
$400

PARNELL DICKINSON, individually and as an agent of BBFC, BBFC
DEVELOPMENT CORP

ARTHUR T. JONES II, individually and as an agent of BBFC, AT JONES
MINISTRIES, FMC,

KAREN MINCEY, individually and as an agent of BBFC

FRED ROBINSON, individually and as an agent of BBFC, ATJ MIN,
BBFC DEVELOPMENT CORP

CONSTANCE DANIELS, Esq., individually and as an agent of BBFC

ANTHONY WHITE, individually and as an agent of BBFC

JOHN DOE 1-20 who is not known individually by name at this time;
Plaintiffs reserve the right to amend this complaint as such said
names become known and identifiable.

By incorporating in the United States, Defendant **ARTHUR T. JONES** founder of Bible Based fellowship Church Inc. agreed to follow the law of the land, but it is clear that they believed the law of the land places them above the law. Further, by in cooperating in Florida, they agreed to be governed by the statues of the state of Florida.

## FIRST AMENDMENT ISSUES

There are simply and categorically no first amendment issues in this case. Churches are not immune from suit over issues that do not involve religious doctrines: without regard to the governing structure of a particular church, a court may, where appropriate, apply neutral principles of law to determine disputed questions that do not implicate religious doctrine.

    Jones v. Wolf, supra, 443 U.S. 595, 99 S.Ct. 3020, 61 L.Ed.2d 775. 'Neutral principles' are wholly secular legal rules whose application to religious parties or disputes does not entail theological or doctrinal evaluations."

## JURISDICTION

This court can hear this case because it involves an intangible or emotional harm to an individual committed by a church. In fact, this case involves violations of Florida State corporate law and U.S. corporate common law, not simply offenses to someone's Sensibilities.

Plaintiff further suffered being held to answer for alleged crimes - without Indictment or Presentment by a Grand Jury - in violation of Amendment Five (5) of the Constitution for the United States.

Pursuant to Title 42 United States Code §1983 to prosecute this Civil Action after suffering deprivation of rights, false arrest without probable cause, wrongful imprisonment via an intentionally false arrest causing loss of liberty; unlawful prior restraint of protected free speech and freedom of the press, as well as malicious prosecution on false criminal charges. Amendment –Five in addition to Fourth and Fourteenth Amendments, because the Plaintiff was arrested without probable cause and that caused Plaintiff to be booked and finger printed.

1

This court has jurisdiction over this matter pursuant to **28 U.S.C. § 1332**. As the matter in controversy exceeds the sum or value of $75,000.

## INTRODUCTION

1. This case represents a serious breach of fiduciary duty, and is about exposing the unfruitful works of darkness. Ephesians 5:1

2. **ARTHUR T. JONES**, deceased, was the pastor, Chairman of the Board and the founder of **BIBLE-BASED FELLOWSHIP CHURCH INC.** (hereinafter **BBFC**). BBFC is a premiere church in the Tampa religious community. BBFC is located at 4811 Ehrlich Road in Tampa, Florida.

3. **BBFC** corporations are non-profit and of non-denominational origin were the most prominent black congregations in **TAMPA**.

4. Though **BBFC** is registered as a Church, it is in fact a "**MEGA – CULT**" a church mafia, with the King Pen - **ARTHUR T. JONES** reaping the financial benefits and gains by appointing a **BOARD OF DIRECTORS**, with no voting powers to function as a smoke screen;

5. Mrs. **JOYCE TAYLOR-WILLIAMS** was arrested on **March 25, 2012** as she exercised her first amendment right to assembly and freedom of speech, by peacefully protesting her excommunication from the church; on public property located next to the church.

6. Her daughter, **Dr. CLIFFANY WILLIAMS** (hereinafter **Dr. WILLIAMS**) was also excommunicated from the church and criminal trespassed.

7. **TAYLOR-WILLIAMS** allege violations of her Civil Rights to assembly and free speech, false arrest, false imprisonment, malicious prosecution and *Defamation, Fraud/Deceit, Conversion, Intentional of emotional Distress…*

8. **ARTHUR T. JONES** and **BBFC** jointly and intentionally, committed false arrest and acts of malicious prosecution in conspiracy with the **HILLSBOROUGH COUNTY SHERRIFF'S OFFICE (HCSO)** and the **TAMPA POLICE DEPARTMENT (TPD)**.

9. These actions were committed maliciously, willfully and unlawfully with the intent to inflict serious emotional and physical harm onto **TAYLOR-WILLIAMS.**

10. **ARTHUR T. JONES** and **BBFC** committed these acts in blatant retaliation due to **TAYLOR-WILLIAMS** daughter **Dr. WILLIAMS** having filed previous civil suits against him relative to a personal injury case for sexual assault, which occurred on his property with a claim for breach of fiduciary duty.

11. Further acrimonious contempt for the plaintiff's surfaced upon **ARTHUR T. JONES** receipt of the plaintiff **Dr. WILLIAMS'S** letter in attempt for settlement as she explained her discontentment for his spiritual charade that attempted to rob her of her spiritual devotion and Christian alliance.

**Case 8:11-CV-2865T-33TBM**

12. As a result of the malicious, willful and unlawful acts perpetrated by **ARTHUR T. JONES** and the defendants **TAYLOR-WILLIAMS** was deprived of liberty for nineteen days and endured unlawful restraint of protected free speech.

13. As outlined in the attached supporting documentation, these acts were perpetrated by the Defendant(s) jointly and severally, acting without probably cause in their official capacities to blatantly abuse **TAYLOR- WILLIAMS** and stonewall her liberty in an effort to silence her and make an d example of **ARTHUR T. JONES** and BBFC ' power and authority.

14. **TAYLOR-WILLIAMS** will meet the burden in order to prove "actual malice". This was a clear coordinated, calculated effort, concocted by **ARTHUR T. JONES.**

15. The **WILLIAMS FAMILY** has been active, financially contributing members of **BBFC** since its inception in 1989 attending the very first service under the leadership of **ARTHUR T. JONES.**

16. **TAYLOR-WILLIAMS** attended a Business meeting on *February 28th, 2012* and asked questions, about current members on the **BOARD OF DIRECTORS** and ARTHUR T. JONES's *$25,000 MONTHLY salary*.

3

17. This truly enraged him; church Security surrounded her and sort to remove her to silence her from her line of questions.

18. "Fiscal accountability was virtually non-existent and **TAYLOR-WILLIAMS** being and advocate for accountability within the church leadership expressed deep concerns. The leadership seemed more involved in their appointments to the board and their personal advancements in the ministry; than in the sheep spiritual devotion.

19. A trusted, reputable pharmacist, active in the Tampa Bay area for over 33 years, **TAYLOR-WILLIAMS** and her daughter **Dr. WILLIAMS** both attended **FLORIDA A&M UNIVERSITY for** their pharmacy degrees.

20. On **March 3, 2012** upon **TAYLOR-WILLIAMS'** arrival to church as she had for last 22 years, she was met by Defendants **RODNEY ALLMOND**, property manager of BBFC along with member/**Officer DAVID WEAVER-RODGERS** who identified himself as church security and *TAMPA POLICE DEPARTMENT "TPD"* accompanied by **Officer WILLIE MITCHELL RAYMOND,** *HILLSBOROUGH COUNTY SHERIFF OFFICE* "HCSO" who issued her a trespassing warning informing her that she was no longer welcomed on church property.

21. On **May 10, 2013** TAYLOR-WILLIAMS again attempted to attend the church they help build financially and was again refused entry by **RODNEY ALLMOND**—who inform them that this was "the board decision.

22. The plaintiffs were escorted from scene by **Officer WILLIE MITCHELL** as he verbally berated and heckled them  calling them names like " two dumb chicks" while walking behind as they exit property.

23. As a result of the malevolent actions of **BBFC**, the spouse of **TAYLOR-WILLIAMS, CLIFFORD WILLIAMS,** who has an intra-cardiac device, upon hearing the news of his wife's false persecution, arrest and defamation of his family's character, had to have his defibrillator surgically removed and replaced.

24. Rather than being at her husband's bedside, **TAYLOR-WILLIAMS** was held without bail; and unfairly treated by officers at **Faulkenburg Road Jail** where BBFC had filed charges against her and convinced officers she belonged by improperly banning her from the church and the  area surrounding the church.

A traditional public forum and falsely arrested her for her legitimate presence near the property, all in violation of her constitutional rights.

25. **TAYLOR-WILLIAMS** suffered by denial of her medical treatment while in jail, on charges launched by **BBFC**; which resulted in the rapid decline of neurological conditions.

26. On **March 18, 2012**, **TAYLOR-WILLIAMS** was arrested on criminal trespassing charges after entering the sanctuary of **BBFC** to worship in violation of first amendment rights to freedom of religion. Upon been arrested, **TAYLOR-WILLIAMS** were held and detained for approximately six hours before being released on her own recognizance.

27. On **March 25, 2012** in an attempt to make her voice heard regarding her trespassing and excommunication from the church, **TAYLOR-WILLIAMS** and **Dr. WILLIAMS** planned to execute a peaceful protest on public property in accordance with first their amendment rights to assembly.

28. **TAYLOR-WILLIAMS** and **Dr. WILLIAMS** parked their car at an adjacent property *4909 Ehrlich Road* and proceeded to carry picket signs across a 4-lane highway to county property directly parallel to **BBFC**.

29. Being admonished by **BBFC to** remove the threat of **TAYLOR-WILLIAMS** presence, **Officer RAYMOND REMBERT, HCSO** with **RODNEY ALLMOND** and **Officer WEAVER-RODGERS** devised a plan to contacted **Mr. Legendre**, the owner of the adjoining property; upon his arrival, **Officer RAYMOND REMBERT**, coerced **Mr. Legendre** into issuing a trespassing warning against both **TAYLOR-WILLIAMS** and **Dr. WILLIAMS**.

30. **Dr. WILLIAMS** was then ordered by **Officer GOMEZ**, who had arrived on scene as backup to remove her vehicle and personal (signs) from property.

31. **TAYLOR-WILLIAMS** were informed that she would be arrested on criminal trespassing charges by **Officer GOMEZ**, stating that they (referring to **RODNEY ALLMOND** and **member /Officer DAVID RODGER WEAVER.** They want you arrested, said you were on church property.

32. When **TAYLOR- WILLIAMS** pointed out to **Officer GOMEZ** that (he) was a witness that she was not on their property, **Officer GOMEZ** replied, it's up

5

to **Officer REMBERT** who then approached and said I was being place under arrest for - *"TRESPASS ON PROP OTHER THAN STRUCTURE OR CONVEYANCE"*.

33. These charges were later deemed without probable cause and dismissed by the State Attorney's office. **Exhibit-B Police report**

34. **Dr. WILLIAMS** continued the protest despite sweltering temperatures and was subjected to verbal and emotional abuse from church members and several members of the board of directors; for example **Atty. CONSTANCE DANIELS**, attempted to destroy the personal property of **Dr. WILLIAMS**, (knocking signs over) while she protested exercising her rights and is an officer of the court.

35. On **May 6, 2013 TAYLOR-WILLIAMS** and **Dr. WILLIAMS** attempted to attend church services and were refuse the right to attend, by **RODNEY ALLMOND** church security and **Officer WILLIE MITCHELL, HCSO.**

36. On **May 10, 2013 TAYLOR- WILLIAMS** again attempted to attend the church they help build spiritually, emotionally, financially and was again refused entry by **RODNEY ALLMOND**—who inform them that this was "the board's decision. We were escorted from scene by **Officer WILLIE MITCHELL** as he verbally berated us while walking behind us as we exit.

37. As a result of the malevolent actions of **BBFC**, the spouse **CLIFFORD WILLIAMS**, who has an intra-cardiac device, upon hearing the news of his wife's false persecution, arrest and defamation of his family's character, had to have his defibrillator surgically removed and replaced.

38. Rather than being at her husband's bedside, **Mrs. TAYLOR- WILLIAMS** was held without bail and unfairly treated by officers at **Faulkenburg** Road Jail denying her medical treatment, which resulted in the rapid decline of several neurological conditions that have rendered her disable by Social Security standards.

## COUNT ONE – NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

39. Plaintiffs reallege and incorporate all previous paragraphs.

40. The discomfort of such grudging environment of jail aggravated a pre-existing condition of - failed back syndrome.

41. The plaintiff no longer tolerates pain medications; therefore have been extremely miserable and living in constant pain; physically and mentally impaired.

42. **TAYLOR-WILLIAMS** suffered and continue to suffer from the discomfort, stress, anticipation, embarrassment and anxiety.

43. The plaintiff has been unable to sleep without pain for months and that has resulted in a worsened state of depression, insomnia and feelings of hopefulness.

44. As a result of the false arrest suffered at the hands of **ARTHUR T. JONES** the plaintiff have undergone surgical procedure to eradicate back discomfort magnified from sleeping on a concrete/steel cot for nineteen days.

45. The plaintiff have lost the professional respect of colleagues family and friends due to intentional lies and gross distortions of the truth and said defendants knew of its utter falsity at the time they filed the charges.

46. Nevertheless said defendants relentlessly prosecuted their baseless charges anyway, **ARTHUR T. JONES** and **BBFC**, took unfair advantage and breached that intimate trust by exploiting the plaintiff devotion to the kingdom; I entrusted my faith and religious devotion to **BBFC**.

47. The plaintiff Reasonably believing that through **BBFC**, she was on her chosen path to truth and spirituality but was willfully manipulated under the "authority" of – in servitude to **ARTHUR T. JONES** who use every blatant money games, intentional doctrinal error, intimidation and extortion to deceive **GOD'S** people because of his lust of the flesh and the desire for material things.

48. As a result of said defendants' reprehensible conduct, plaintiff has suffered emotional breakdowns, stomach ulcers, serious depression and suicidal ideation. Every aspect of living a normal, happy life is over.

49. **TAYLOR-WILLIAMS** have sought further treatment for periods of highs and lows, extreme ups and downs. This condition does not just make her feel "blue," but utterly hopeless, ineffectual, and non-vital.

50. Since the day of this false arrest, she remains in a dark place, anxious, hesitant, scared, and destitute.

51. The tension from not being able to provide income for her family has negatively impacted her marriage.

52. **CLIFFORD WILLIAMS** had to gather financial resources for bail and legal fees.

53. **TAYLOR-WILLIAMS** have lost her pharmacy license as a result of not having the cognitive ability to perform continuing education hours and testing requirements required for renewal.

54. On **May 6, 2013**, the plaintiffs attempted to attend church services after over one year's absence and were refuse the right to attend, turned away by **RODNEY ALLMOND** church security and **Officer WILLIE MITCHELL, HCSO** who conspired to injure, oppress, threaten and intimidate plaintiffs *under the* directions of **the BOARD OF DIRECTORS.**

55. As a result of this gross injustice, the plaintiff suffered undue stress to the reckless and malicious assassination of her character launched by **ARTHUR. T. JONES, BBFC** and his "armour bearers" as they are known inside the cult and each named defendant.

56. As outlined in the attached supporting documentation, these acts were perpetrated by the Defendant(s) jointly and severally, acting without probably cause in their official capacities to blatantly abuse **TAYLOR- WILLIAMS** and stonewall her liberty.

57. **TAYLOR-WILLIAMS** will meet the burden in order to prove "**actual malice**". This was a clear coordinated, calculated effort, concocted by **ARTHUR T. JONES** who misled and manipulated others in a blatant abuse of power, for his own personal self-interest.

8

## COUNT TWO – LIABILITY OF DIRECTORS

58. Plaintiff  reallege and incorporate all previous paragraphs.

59. **ARTHUR 'TIM' JONES II, MICHAEL BOONE** and **ANTHONY WHITE** exhibit calculated strikes upon anyone including the plaintiffs, attempting to expose the financial improprieties of **ARTHUR T. JONES** Empire.

60. Ailing in their duties to investigate the complaints and allegations made against **ARTHUR T. JONES** and redress issues in accordance with the law as the governance board of **BBFC.**

61. The Plaintiff appealed to Parnell Dickinson, Chairman of the Board of Directors who took no action and failed to even respond to the letter advising them of the offenses.

62. .This was a situation where leaders were not responsible for funds and were in the dark and monies were being moved in secret so as to even undermine the authority of the leadership, **ARTHUR T. JONES** was a dictator.

63. Being admonished by **BBFC** to remove the threat of **TAYLOR-WILLIAMS** presence, **RODNEY ALMONDS** and **DAVE WEAVER-RODGERS,** summoned **Officer RAYMOND REMBERT,** *HCSO* who was on security patrol at the church at the time to remove the plaintiff from premise near church.

64. **RODNEY ALMONDS, Officer DAVE WEAVER-RODGERS** and **Officer RAYMOND REMBERT,** devised a plan to contact **PERCY LEGENDRE J III** The accountant whose property plaintiffs had parked, who was on site in building, on Sunday; their normal business hours are Monday-Friday.

65. **Officer RAYMOND REMBERT** yelled up stairs for **Mr. LEGENDRE** to come down; upon his arrival, **Officer RAYMOND REMBERT,** coerced **LEGENDRE** into issuing a trespassing warning against both **TAYLOR-WILLIAMS** and **Dr. WILLIAMS.**

66. **Dr. WILLIAMS** was then ordered by officers to remove her vehicle and personal property from **LEGENDRE'S** address, while **TAYLOR-WILLIAMS** were informed that she would be arrested on criminal trespassing charges.

67. **PLAINTIFF** invite courts attention to **page 11** of police report dated 3-25-2012 where **Officer RAYMOND REMBERT** wrote "writer observed the witnesses placing protest signs parallel to the **entrance/exit** of BBFC property. Writer attempted to remove defendant and her daughter (**Dr. WILLIAMS**) from the property as they yelled and screamed".

68. What was the association of last week's trespassing charges in church property relevant to the property outside on County property at exit/entrance to church?

69. On **page 13** of the police report – **OFFICER RAYMOND REMBERT** stated "he observed **TAYLOR-WILLIAMS** placing signs on **church property**". And that **JOYCE WILLIAMS** had been arrested the week prior for trespassing.

70. On to **page 12** of the police report, **RODNEY ALLMOND** stated that he observed **JOYCE WILLIAMS** and daughter **CLIFFANY WILLIAMS** putting signs out on the church property and alerted other church staff. Upon **Officer REMBERT'S** arrival he observed **JOYCE** and her daughter (**Dr. CLIFFANY WILLIAMS**) becoming aggressive towards him.

71. **RODNEY ALLMOND** stated both mother and daughter have been trespassed from church property for disruptive behavior.

72. This fraud represents the disruptive behavior **TAYLOR-WILLIAMS** were trespassed from the church for; which account here is correct? On property as declared by **ALLMOND** and **WEAVER-RODGERS** or **Officer REMBERT** exit/entrance theory in Police report.

73. How did **Mr. PERCY LEGENDRE J III** become witness?

74. On May 6, 2013 , the plaintiffs attempted to attend church services and were refuse the right to attend,  turned away by **RODNEY ALLMOND** church security and **Officer WILLIE MITCHELL,** *HCSO* who conspired to injure, oppress, threaten and intimidate plaintiffs with aggressiveness ordered by **BBFC.**

75. Officer **WILLIE MITCHELL** berated them, and issued new trespassing warrant, warning without cause under the directions of the **BOARD OF DIRECTORS.**

### COUNT THREE - EMOTIONAL DISTRESS-PAIN and SUFFERING

76. Plaintiff reeallege and incorporate all previous paragraphs.

77. The tension from not being able to provide income for my family has negatively impacted **TAYLOR-WILLIAMS;** she has lost her pharmacy license as a result of her inability to perform continuing education hours and testing requirements required for renewal; my livelihood has been forever affected by this unjust reality.

78. Before the false arrest, I looked forward to each new day serving the people I loved as their Pharmacist, a profession I cherished and most importantly enjoyed; I took privilege in the honor my profession bestowed upon me.

79. More importantly, my role as a community health care leader earned me the respect of my customers, the love of my patients, the esteem of my colleagues and the honor of this community.

80. As a result of this gross injustice, I have lost all of the community's faith and have suffered and continue to suffer due to the malicious assassination of my character launched by **ARTHUR T. JONES, BBFC** and his misfeasance of defamation of character.

### COUNT FOUR - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

81. Plaintiff reallege and incorporate all previous paragraphs..

82. **ARTHUR T. JONES** recklessly caused the plaintiff severe emotional distress through his actions to get her arrested for a crime he knew she had not committed. He intended to cause her severe emotional distress knowing she had certain sensitive's and yet disregarded the likelihood that his actions would inflame her emotions.

83. This conduct was outrageous, that is, as to go beyond all bounds of decency, and to regard as odious and utterly intolerable in a civilized community. He knew this plaintiff would be frighten by going to jail; yet he lied and sent her there anyway not withstanding her fears. Without regards for her feelings.

84. Since then I suffered from a nerves break down and forced to the re-inducement of drug therapy and emotionally I am a "basket case. I have constant nightmares, fears and apprehensive behavior; I am no longer the same individual.

85. **PLAINTIFFs seeks relief in the form of monetary damages of *three million Dollars (3,000,000)*, from *DEFENDANTS* ANTHONY WHITE, RODNEY ALLMOND, property manager, Members of the Oversight Board Chairman PARNELL DICKINSON, RUTH HUNTER, MICHAEL BOONE, KAREN MINCEY, FRED ROBINSON, CONSTANCE DANIELS, ROBERT MORRISON Jr., ARTHUR T. JONES II, DORIS JONES and VERA WINREY** for their personal responsibilities in this adulterated action of corruption

## COUNT FIVE– OUTTRAGEOUS CONDUCT

86. Plaintiff  realege and incorporate all previous paragraphs.

87. The outrageous conduct of "False Arrest" order by **ARTHUR T. JONES** and **BBFC** has wreaked havoc on my life and the lives of my family.

.

88. We're taking these actions to clear our names and reputations, compensate us for the damage caused by the unwarranted arrest and incarceration, as well as to bring the ***ARTHUR T. JONES AND BBFC'S*** behavior to the attention of the public, to prohibit future persons from having to endure such a travesty.

89. **TAYLOR-WILLIAMS** are totally and permanently disabled as a result of **BBFC** and other defendant's negligence and have sustained "permanent mental, physical and emotional injuries.

90. **PLAINTIFFs seeks relief in the form of monetary damages of *three million Dollars (3,000,000)*, from *DEFENDANTS* ANTHONY WHITE, RODNEY ALLMOND, property manager, Members of the Oversight Board Chairman PARNELL DICKINSON, RUTH HUNTER, MICHAEL BOONE, KAREN MINCEY, FRED ROBINSON, CONSTANCE DANIELS, ROBERT MORRISON Jr., ARTHUR T. JONES II, DORIS JONES and VERA WINREY** for their personal responsibilities in this adulterated action of corruption

## COUNT SIX - VIOLATION OF CIVIL RIGHTS

12

91. **Plaintiffs reallege and incorporate all previous paragraphs.**

92. **ARTHUR T. JONES** and **BBFC** willfully and intentionally committed overt, threatening and menacing acts, that caused immediate physical harm, without justification to **TAYLOR-WILLIAMS** causing mental anguish, torture and emotional distress and distrustful of law enforcement.

93. The plaintiff civil rights were violated when she was arrested for protesting on county property; trespassing ordinances do not apply to county grounds.

94. Police ignore the law and instead carry out directives from **ARTHUR T. JONES** and **BBFC** declaring their allegiance to this so called prophet above the law, by arresting the plaintiff without cause.

95. This ordeal illustrates the cultish control exercised by self-proclaimed prophet, **ARTHUR T. JONES** who continues to lead the church from his grave.

96. *Officers* and *directors* of **BBFC** were aware of the allegations and contentions **TAYLOR-WILLIAMS** raised relative to the abuse of power, yet willingly volunteered to serve in this unscriptural role, participated in enabling **ARTHUR T. JONES** with his abrupt spiritual abuse against the plaintiffs and many others victims.

97. Ailing in their duties to investigate the complaints and allegations made against **ARTHUR T. JONES** and redress issues in accordance with the law as the governance board of **BBFC**. The Board of Directors is the governing body of an organization, failure to adequately address the problems, while burying head in the proverbial sand, is insufficient and unacceptable.

**EXHIBIT -E-Letters to Executive Director of Oversight Committee.**

98. As a result of the Defendants malicious, willful and unlawful acts, **TAYLOR-WILLIAMS** was deprived of liberty for nineteen days, publicly abused, falsely arrested from the pews under the sacred watchful eyes of the board members while they ignored their responsibility of duty to govern making them personally responsible for the damages of the plaintiff.

99. **PLAINTIFF**s seeks relief in the form of monetary damages of *three million Dollars (3,000,000)*, from *DEFENDANTS* **ANTHONY WHITE, RODNEY**

**ALLMOND, property manager, Members of the Oversight Board Chairman PARNELL DICKINSON, RUTH HUNTER, MICHAEL BOONE, KAREN MINCEY, FRED ROBINSON, CONSTANCE DANIELS, ROBERT MORRISON Jr., ARTHUR T. JONES II, DORIS JONES and VERA WINREY** for their personal responsibilities in this adulterated action of corruption.

100.      Boards should not be controlled by the founder, the CEO or the largest donors, or be co-conspirators knowingly and consciously condoning illegal actions of another Director.

## CAUSE OF ACTION

## COUNT – SEVEN - TRESPASSING

Plaintiffs reallege and incorporate all previous paragraphs.

101.      **ARTHUR T. JONES and BBFC** have repeatedly acted and continue to act fraudulently toward the Plaintiff knowing that the plaintiff was a member of the church that attended services weekly; he caused or objected to the entry.

102.      The defendants intentionally committed the act that led to this charge knowing that **TAYLOR-WILLIAMS** had not violated any such laws of trespassing on her own property as a share-holder.

103.      Plaintiffs have suffered emotional damages thereby.

104.      Having to spend money for bail, and legal fees; was exposed to filthy, violent and hideous conditions while wrongly imprisoned, suffered tortuous interference with lawful business affairs by being unable to continue professional responsibilities.

105.      **PLAINTIFF**s allege that **ARTHUR T. JONES and Board of Directors** oppressed and abused member plaintiff, while **BBFC** failed to act to protect the plaintiffs from the dangers of **BBFC's** pastor's aggressive psychopathic tendencies of uncontrollable mood swings that subjected her to his aggressive behavior.

106.      **PLAINTIFF** seeks relief in the form of monetary damages **of seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19)** jointly, from Defendants named in)" above - or such other relief as a jury as compensation for misusing his authority by willfully and

14

maliciously approving the filing of a false criminal complaint against
**PLAINTIFF.**

107.    One of the allegations relates to the failure to allow inspection of the
corporate books. **Florida** law of non - profit corporations clearly states that
corporations must allow its members to inspect all their books and records:
"All books and records of a corporation may be inspected by any member, or
his agent or attorney, for any proper purpose at any reasonable time."

108.    I n denying plaintiffs access to corporate books and records, the
corporation has the burden to demonstrate strong and articulately reasons for
denying that access, such as improper purpose.

109.    Defendant **BBFC** and **"OVERSEER'S BOARD or BOARD OF
DIRECTORS** denied **PLAINTIFF**s access to their books and failed to
demonstrate strong and articulately reasons for doing so.

110.    The right to inspect books and records by members was a right at common law;
Defendants **BBFC** knew or should have known that this action by Defendants violated
the law.

111.    **Dr. WILLIAMS's** sent a letter address to the board of Director **PARNELL
DICKINSON**, the purpose was proper: the "letter" advised the board of issues or
discrepancy in governance and book keeping; the purpose was to bring them to the
attention of the board in good faith, in order that they may be properly investigated.

112.    **BBFC** Prevented shareholders from communicating with other
shareholders, this policy is in violation of U.S. law:

113.    The statutory right accorded a stockholder to communicate with other
shareholders regarding matters of common interest as stock hold much similar
to freedom of speech.

114.    I urge the Court seeking to understand this con artist that claimed to be
"pastor" to consider the experience and views of this plaintiff; this was at the
very least a **"ruthless global scam"**:

115.    **BBFC** has at least **FIVE** churches in **AFRICA;** posing as a religion that
is survived "by intimidating members, ruined lives and stomping critics in
**'Mafia-like'** manner, that oppose this fraudulent oppressive behavior.

116.     We will demonstrate his motives being strictly - self enrichment, greed and self-indulgence.

117.     As outlined in the attached documents in Support of Actions, attached hereto and incorporated herein by reference, these acts were perpetrated by the Defendant(s) jointly and severally, acting without probable cause in their official capacities as **BBFC** actors and, by acting outside the scope of their authority, in his personal capacity **ARTHUR T. JONES** intentionally inflicted serious emotional harm on these plaintiff in violation of church's bylaws.

118.     This corporation has intentionally operated in violation of Florida Statues by only having two voting members, President of **BBFC**, **ARTHUR T. JONES** and treasurer – **RUTH P. HUNTER.**

## (Exhibit –C-Church Bylaws.)

119.     **BIBLE BASED FELLOWSHIP** incorporated on  February 27, 1989 and operated under congregational system of governance, failed to get the consent of a majority of  total membership in order to incorporate and the church Bylaws did not stipulate or mention disciplining or withdrawing members for any reason, therefore removal of a member for any reason is not in accordance with bylaws.

120.     The bylaws of **BBFC** contain violations of the statues of Florida which prohibits individuals who blatantly abuse, manipulate and mislead for their own personal self interest, a not for profit organization, they shall be held accountable to the courts.

121.      This is and was overt and blatant abuse for outright selfish financial, emotional and power control to the benefit of **ARTHUR T. JONES.**

122.     Plaintiffs will present at trial previous members of the **BOARD OF DIRECTORS** that were fraudulently listed without consent or knowledge, not even aware that they served in the capacity on **Board of Director** of BBFC.

EXHIBIT H – NONPROFIT ANNUAL REPORT

123.     **EARL B. MASON** was delete as director and replaced with **KEITH MCCARTY** would was not aware of his appointment to the board.

124.     **BBFC** and **RUTH HUNTER** together had unfettered control over **BBFC** operations and finances from approximately 1995- until the time of **JONES** death on May 5, 2012.

16

125.     All decisions regarding the church were made exclusively by the two of them in violations of Church Bylaws that state the Board of Directors shall have the control and management of the affairs and business of this organization shall be managed by a Board of Directors consisting of <u>four members</u>.

## **COUNT EIGHT- LIABILITY OF DIRECTORS**

126.     Plaintiffs reallege and incorporate all previous paragraphs.

127.     Directors of **BBFC** were aware of the allegations and contentions **TAYLOR-WILLIAMS** raised relative to the abuse of power, yet willingly volunteered to serve in this unscriptural role enabling **ARTHUR T. JONES** to victimize her.

128.     The directors breached and failed to perform their duties as directors; The director's breach of, or failure to perform, his or her duties constitutes: violation of the criminal law, unless they had reasonable cause to believe their conduct was lawful or had no reasonable cause to believe their conduct was unlawful.

129.     The **FLORIDA MASS CHOIR, A.T. JONES MINISTRIES INC., BIBLE BASED FELLOWSHIP DEVELOPMENT INC.** all shared the same Address as **BBFC** and communicated with others on behalf of **BBFC** as one of the same entity. All were independently controlled by **ARTHUR T. JONES** and were his alto ego.

130.     **ARTHUR T. JONES** was a song writer, artist and produced records and sold rooms for mandatory attendance of his choir members at **Lake Yale**, a retreat that members of **FLORIDA MASS CHOIR** were required to pay for and attend.

131.     **RUTH HUNTER** sold tickets for all **FLORIDA MASS CHOIR** functions though **BBFC** on behalf of **A.T. JONES MINISTRIES INC.** and **FLORIDA MASS CHOIR INC** and the benefactor of all funds was **ARTHUR T. JONES.**

132.     The book store in the sanctuary handled all **ARTHUR T. JONES** books and records, cassette, DVD, and mass marketing; it is an extension or alter ego of **A.T. JONES MINISTRIES INC.** All these charities beneficiary was **ARTHUR T. JONES.**

17

133.    A. T. JONES MINISTRIES conducted all its business through BBFC, selling his C.D.'s and music from church address, using the church choir to impose as **FLORIDA MASS CHOIR AT STRAWBERRY FESTIVAL**; using **BBFC** office space without rent payment and commingling funds.

134.    All these charities operated as the same entity, there were few if any distinctions, **ARTHUR T. JONES** lived tax free, his income included royalties, speaking fees and donations he hounded everyone for, no one oversaw his decisions or could question his authority.

135.    I urge the Court seeking to understand **ARTHUR T. JONES** to consider the abuse and deliberate violation of liberty and freedom exercised by his conscience as he wrote the Bylaws so contentiously, little doubt for a fair-minded person that the original bylaws plans were written with intentional fraudulent interpretations.

136.    There was no mention of trespassing members or discipline of members mention in the church bylaws; causing the plaintiff undue ridicule, humiliation, mockery, anxiety and emotional distress without church doctrine in force.

137.    **PLAINTIFF**s seeks relief in the form of monetary damages of *seven million Dollars five hundred twenty eight dollars and nineteen cents ($7,000,528.19)*, jointly from *DEFENDANTS* **ANTHONY WHITE, RODNEY ALLMOND, property manager, Members of the Oversight Board Chairman PARNELL DICKINSON, RUTH HUNTER, MICHAEL BOONE, KAREN MINCEY, FRED ROBINSON, CONSTANCE DANIELS, ROBERT MORRISON Jr., ARTHUR T. JONES II, DORIS JONES and VERA WINREY** for their personal responsibilities in this adulterated action of corruption or which the plaintiff have suffered emotional damages.

## COUNT NINE – VIOLATION OF PRIVACY

138.    Plaintiffs reallege and incorporate all previous paragraphs.

139.    **TAYLOR-WILLIAMS** was arrested on **March 25, 2012** as she exercised her first amendment right to assembly and freedom of speech, by peacefully protesting her excommunication from the church on public property located near the church causing unreasonable intrusion upon her seclusion  and causing unreasonable publicity given to her private life.

140.    **TAYLOR-WILLIAMS** henceforth has become another voice speaking out against the unconscionable abuses by high level hypocrites' who use mind control, torture and black power -magic, among other manipulated debauchery to misuse **'GOD'S PEOPLE** and rob them of their finances and spiritual worthiness.

141.    **TAYLOR-WILLIAMS** allege **violations of her Civil Rights to** assembly and **free speech, false arrest, false imprisonment and malicious prosecution. Assault, defamation, Fraud/Deceit, Conversion, Intentional of emotional Distress, and Negligence** among other torts committed against her.

142.    **BBFC** *jointly* and intentionally, committed false arrest and acts of malicious prosecution in conspiracy with the *HCSO* and the *TPD*.   These actions were committed maliciously, willfully and unlawfully with the intent to inflict serious emotional and physical harm onto the plaintiff.

143.    **ARTHUR T. JONES** committed these acts in blatant retaliation against the plaintiffs for actions **Dr. WILLIAMS** pursued in a previous claim against him in a personal injury case; an allegation for sexual assault, that occurred on his property and a claim for breach of fiduciary duty against him for failure to exercise the duty of care as a

144.    Further acrimonious contempt for the plaintiff's surfaced upon **ARTHUR T. JONES** receipt of the plaintiff **Dr. WILLIAMS'S** letter in attempt for settlement as she explained her discontentment for his spiritual charade that attempted to rob her of her spiritual devotion and Christian alliance.

145.    As a result of the malicious, willful and unlawful acts perpetrated by **ARTHUR T. JONES** and the other defendant **TAYLOR WILLIAMS** was deprived of liberty for **'nineteen days'** and endured unlawful restraint of protected free speech, having to expend personal resources for bail and legal fees;

146.    **TAYLOR-WILLIAMS** was exposed to filthy, violent and hideous conditions while wrongly incarcerated, was shackled and strip searched routinely; force to eat horrendously bad food; forced to live in dormitory environment housing. Suffered tortuous interference with her drug therapy,

19

which was denied her, resulting in neurological, physical and problems that have rendered her permanently disabled.

147.    As outlined in the attached supporting documentation, these acts were perpetrated by the Defendant(s) jointly and severally, acting without probably cause in their official capacities to blatantly abuse **TAYLOR- WILLIAMS** and stonewall her liberty, knowing that she had committed no crime.

148.    **TAYLOR-WILLIAMS** will meet the burden in order to prove "actual malice". By **ARTHUR T. JONES, BBFC** and the **BOARD OF DIRECTORS.**

149.    This was a clear coordinated, calculated effort, concocted misled and manipulated by **ARTHUR T. JONES** and **BBFC** in a blatant abuse of power, benefitting his personal self-interest.

150.    The Williams Family has been active, financially contributing members of **BBFC** having attended the first public service in 1989.

151.    On **May 10, 2013, TAYLOR-WILLIAMS** and **Dr. WILLIAMS** again attempted to attend the church they had relentlessly donated financially and emotionally to build.

152.    The  plaintiff were traumatized upon being refused entry by **RODNEY ALLMOND**—who inform them that this was "the board decision", even though the advertisement declared the doors of the church was "open to public", the plaintiff were turned away.

153.    The spouse of **TAYLOR-WILLIAMS, CLIFFORD WILLIAMS,** who has an intra-cardiac device, upon hearing the news of his wife's false persecution, arrest and defamation of his family's character, had to have his defibrillator surgically removed and replaced.

154.    Rather than being at her husband's bedside, **TAYLOR- WILLIAMS** was held without bail; and unfairly treated by officers at Faulkenburg Road Jail by denying her medical treatment, which resulted in the rapid decline of several neurological and physical conditions.

155.   On **March 18, 2012, TAYLOR-WILLIAMS** was arrested on criminal trespassing charges after entering the sanctuary of **BBFC** to worship in violation of first amendment rights to freedom of religion.

156.   Upon been arrested, **TAYLOR-WILLIAMS** were held and detained for approximately six hours before being released on her own recognizance.

157.   On *March 25, 2012* in an attempt to make her voice heard regarding her trespassing and excommunication from the church, **TAYLOR-WILLIAMS** and **Dr. WILLIAMS** planned to execute a peaceful protest on public property in accordance with first their amendment rights to assembly.

158.   **TAYLOR-WILLIAMS** and **Dr. WILLIAMS** parked their car at an adjacent property 4909 Ehrlich Road and proceeded to carry picket signs across a 4-lane highway to county property directly parallel to **BBFC**.

159.   **Attorney CONSTANCE DANIELS a MEMBER OF THE BOARD** attempted to destroy the personal property of **Dr. WILLIAMS**, (knocking signs over) while she protested exercising her rights.

160.   Since the day of arrest on **March 25, 2012, TAYLOR-WILLIAMS** have endured months of extreme back pain from sleeping on a cement bed with one (1) inch mattress for **nineteen (19) days**.

161.   These forced living arrangements aggravated a pre-existing condition of - failed back syndrome" for which I had surgery in1998, consisting of a laminectomy, L4/L5 fusion.

162.   I have been unable to sleep without pain for months and that has resulted in a worsened state of depression, insomnia and feelings of hopefulness.

163.   **Officer WILLIE MITCHELL** was clearly an official part of this organization; he intentionally violated the rights of the plaintiffs with a clear and concise purpose of complying with the cultic and deceptive practices of **BBFC** under the directions of **ARTHUR T. JONES**.

164.   These tactics earned him the lead position he was unquestionable out of control; he was their regular assigned Cop within **HSCO**, because of his ruthless approach to deal with members on **BBFC** terms.

165.    Since then I have been force to seek professional counseling due to intense and ongoing problems caused by this traumatic experience. I had no intentions for re-inducement of drug therapy after it was abruptly discontinue however emotionally I couldn't take the foggy head; the nightmares and inability to sleep caused by these unconscious actions has caused this traumatic experience .

Exhibit –A-  Police Report 3-18-12
Exhibit –B-  Police Report 3-25-12

166.    **TAYLOR-WILLIAMS** are totally and permanently disabled as a result of **ARTHUR T. JONES** and other defendant's negligence and have sustained "permanent physical and emotional injuries.

167.    As a result of the Defendants malicious, willful and unlawful acts, **TAYLOR-WILLIAMS** was deprived of liberty for **nineteen days,** publicly abused, falsely arrested from the pews under your watchful eyes of board members as they ignored their responsibility of duty to govern.

168.    The alleged misappropriation of funds and spiritual abuse has been continuous for at least 22 years, there is a long history.

169.    No reports were ever filed by the **BOARD OF DIRECTORS** with the police during this lengthy period of time, investigating any of the allegations, because **ARTHUR T. JONES** had unparallel power to do as he please; he was the only voter and he often reminded the church; "he made the decisions.

170.    Plaintiffs seeks relief in the form of monetary damages of *seven million five hundred twenty eight Dollars and nineteen cents* ($7,000,528.19), from *EACH DEFENDANTS* (totally) **ANTHONY WHITE, RODNEY ALLMOND,** property manager, Members of Board of Directors **PARNELL DICKINSON, RUTH HUNTER, MICHAEL BOONE, KAREN MINCEY, FRED ROBINSON, CONSTANCE DANIELS, ROBERT MORRISON Jr., II, DORIS JONES, VERA WINREY AND ANTHONY WHITE** for their personal responsibilities in this corruption, or such other relief as a jury may see fit as compensation.

## COUNT TEN– BREACH OF FIDUARY DUTIES

171.    Plaintiffs allege that Defendants and **BOARD OF DIRECTORS** oppressed and abused member Plaintiffs, while **BBFC** failed to act to protect the plaintiffs from the dangers of **ARTHUR T. JONES** aggressive psychopathic tendencies of uncontrollable mood swings that subjected them to his aggressive behavior.

172.    Loud and clearly, the supposing regulators of this non-profit religious organization were a sham. Rather than be the bulwark for the preservation and application of the bona fide fiduciary standard, the **BOARD OF DIRECTORS** has become complicit in its demise.

173.    One of the allegations relates to the failure to allow inspection of the corporate books. Florida law of non - profit corporations clearly states that corporations must allow its members to inspect all their books and records:

174.    Plaintiffs requested to examine the financial records of their church. **ARTHUR T. JONES** expelled plaintiffs blocking their attendance improperly; church procedures were not followed; this expulsion was an attempt to avoid having to comply with order allowing them to inspect Church financial documents.

175.    Plaintiff seeks to set aside the adverse membership action, "thus essentially reinstating their membership.

176.    This, the trial court could and should require:

"All books and records of a corporation may be inspected by any member, or his agent or attorney, for any proper purpose at any reasonable time."

177.    In denying plaintiffs access to corporate books and records, the corporation has the burden to demonstrate strong and articulately reasons for denying that access, such as improper purpose.

178.    Defendant **ARTHUR T. JONES** and "**OVERSEER'S BOARD** or **BOARD OF DIRECTORS** denied Plaintiffs access to their books and failed to demonstrate strong and articulately reasons for doing so, their attorney **Mr.**

23

**HAFEL,** offered no reason to justified non-compliance of the plaintiff's request.

179.     The right to inspect books and records by members was a right at common law, Defendants **BBFC** and **ARTHUR T. JONES** knew or should have known that this action by Defendants violated the law.

180.     **Dr. WILLIAMS**'s letter address to the board of Director **PARNELL DICKINSON,** purpose was proper: the "letter" advised the board of issues or discrepancy in governance and book keeping.

181.     The purpose was to bring to the attention of the **BOARD OF DIRECTORS** in good faith these variances in order that they may be properly investigated.

182.     Preventing shareholders from communicating with each other, as this church attempted to do is in violation of U.S. law:

183.     The church prohibited members from communicating other than through the church it was considered gossip, of Satan and conspiracy.

184.     The statutory right accorded a stockholder (member) to communicate with other shareholders regarding matters of common interest as stock holder is much similar in resemblance to freedom of speech.

185.     I urge the Court seeking to understand this **"CON ARTIST"** that "claimed to be a pastor" consider the experience and views of these plaintiffs, this was at the very least a "ruthless global scam:

186.     **BBFC** have five churches in **AFRICA** and posing as a religion that is survived by intimidating members and bullying critics.

187.     Many lives have been ruined in an effort to stomped critics in a 'Mafia-like' manner to make them an example, **ARTHUR T. JONES** had the power to destroy his enemies and ruin his enemies or those who he deemed questioned his authority.

188.     We will demonstrate his motives being strictly - self enrichment, greed and self-indulgence and propensity for theft.

189.    As outlined in the attached documents in Support of Actions, attached hereto and incorporated herein by reference, these acts were perpetrated by the Defendant(s) jointly and severally, acting without probable cause in their official capacities as **BIBLE BASE FELLOWSHIP CHURCH** actors and, by acting outside the scope of their authority, in his personal capacities **ARTHUR T. JONES** intentionally inflicted serious emotional harm on these plaintiffs in violation of church's bylaws and the constitution of United States.

190.    This corporation has intentionally operated in violation of Florida Statues by only having two voting members, President **ARTHUR T. JONES** and treasurer – **RUTH HUNTER.**
**(Exhibit –C-  Church Bylaws.)**

191.    **BIBLE BASED FELLOWSHIP** incorporated on 02/27/1989 and operated under congregational system of governance, failed to get the consent of a majority of total membership in order to incorporate around 1994 as required by the **Florida statue.**

192.    The church Bylaws did not stipulate or mention disciplining or withdrawing members for any reason, therefore removal of a member for any reason is not in accordance with bylaws.

193.    The bylaws of **BBFC** contain violations of the statues of Florida which prohibits individuals who blatantly abuse, manipulate and mislead non-profit organization for their own personal self interest, they shall be held accountable to the courts.

194.    This is an overt and blatant abuse for outright selfish financial, emotional and power control to benefit **ARTHUR T. JONES** exclusively.

195.    Plaintiffs will present at trial previous members of the Board of Directors that were fraudulently listed without consent or knowledge, not aware that they ever served in the capacity **ON BOARD OF DIRECTOR** of BBFC.

196.    **ARTHUR T. JONES** and **RUTH HUNTER** together had unfettered control over **BBFC** operations and finances from approximately 1995- until **JONES** death on May 4, 2012, appointing only the literally blind that would relinquish their authority.

197.    All decisions regarding the church were made exclusively by the *two* of them as the only voting officers of the Corporation, in violations of Church Bylaws that state the **BOARD OF DIRECTORS** shall have the control and management of the affairs and business of this organization shall be managed by a **BOARD OF DIRECTORS** consisting of *four members*, President, Vice President, Secretary and Treasurer.

198.    The **FLORIDA MASS CHOIR, A.T. JONES MINISTRIES INC., BIBLE BASED FELLOWSHIP DEVELOPMENT INC.**, all shared the same Address as **BIBLE BASED FELLOWSHIP CHURCH** and communicated with others on behalf of BBFC as one of the same entity.

199.    All were independently operated and controlled by **ARTHUR T. JONES** and were his alto ego.

200.    **ARTHUR T. JONES** was song writer, artist and produced records and was an acclaimed national gospel artist.

201.    **ARTHUR T. JONES** held annual gospel workshops during the early 1980's that mandated each member of the **FLORIDA MASS CHOIR** that spanned from, Tampa, Miami, Fort Lauderdale, Jacksonville and Orlando booked rooms for mandatory conventions at **Lake Yale Retreat**.

202.    Members of **FLORIDA MASS CHOIR** were required to pay for and attend this event; **RUTH HUNTER** sold tickets for all **FLORIDA MASS CHOIR** function and **ARTHUR T. JONES** though BBFC on behalf of A.T. JONES MINISTRIES INC. and FLORIDA MASS CHOIR INC.

203.    The book store in the sanctuary handled all **ARTHUR T.JONES** books and records, cassette, DVD, and mass marketing is an extension of **A.T. JONES MINISTRIES INC.** only items personally approved by **JONES** is permitted for sale.

204.    **A. T. JONES MINISTRIES** conducted all its business through **BBFC** church, selling his C.D.'s and music from church address; using the church choir to improvise as **FLORIDA MASS CHOIR AT STRAWBERRY FESTIVAL**; using BBFC office space without rent payment and commingling funds often operating as the same entity, there were few if any distinctions.

205.     I urge the Court seeking to understand **ARTHUR T. JONES** to consider the abuse and deliberate violation of liberty and freedom exercised by his conscience as he wrote the Bylaws so contentiously, little doubt for a fair-minded person that the original bylaws plans were written with ill-intentions.

206.     **ARTHUR T. JONES and RUTH HUNTER** were the sole signatories on the accounts and used funds from the church accounts to pay their personal expenses, including mortgages, beach houses, groceries, clothing, medical care, utilities, dining at fine restaurants, food, first class traveling expense, leased cars and tax-free life style.

207.     These luxurious benefit packages was a self approved compensation benefit arrange and approved through **RUTH HUNTER** and the President **ARTHUR T. JONES** the financial hardships in America negatively impacted most families however with the downturn some families continued to tithe their income, unknowingly subsidizing these exorbitant   packages.

208.     **ARTHUR T. JONES** committed these mean spirit actions against the plaintiffs in retaliation for Plaintiff's lawful exercise of Constitutional Rights of freedom of speech and freedom of the press protected by Amendment One of the Constitution for the United States of America.

209.     Charges were eventually dropped against **TAYLOR-WILLIAMS**, even though the **BOARD OF DIRECTORS** were aware of the outrageous conduct by their pastor they did nothing to prevent actions induced in violations of the statues for non-profit organizations in Florida.

210.     **ARTHUR T. JONES** was the sole voting member of the **FLORIDA MASS CHOIR** INC., **BIBLE-BASED FELLOWSHIP, INC. A.T. JONES MATH, SCIENCE & TECHNOLOGY ACADEMY, INC., A.T. JONES MINISTRIES INC., BIBLE BASED FELLOWSHIP DEVELOPMENT INC.**, all non-profit organizations.

211.     Florida law Chapter 617, Florida Statues state that any member of **THE BOARD OF DIRECTORS** may be removed from office with or without cause by the vote or agreement in writing by a majority of all votes of the *membership*. **BBFC** failed to mention this fact in their bylaws.

212.     The notice of a meeting of the members to recall a member or members of the board of directors shall state the specific directors sought to be removed.

This fact was eliminated in **BBFC** bylaws.

213. If removal is effected at a meeting, any vacancies created thereby shall be filled by the members at the same meeting. This was not cited in **BBFC** bylaws.

214. Any director who is removed from the board shall not be eligible to stand for reelection until the next annual meeting of the members. This was incidentally omitted from **BBFC** bylaws.

215. *Section 617.0721*, **Florida Statutes**, recognizes that articles of incorporation or the "Directors are to be elected or appointed in the manner and for the terms provided in the articles of incorporation or the bylaws.

216. *Section 617.0808, Florida Statutes*, mandates that the articles of incorporation or the bylaws provide that removal of a member of the board of directors from office with or without cause be by a majority of all votes of the membership. If the articles of incorporation or the bylaws do not make such provisions, they are statutorily deemed to do so. Where the Legislature has directed how a thing is to be done, it operates as a prohibition against its being done in any other fashion.

217. The initial bylaws of a corporation are adopted by the board of directors, with the power to alter, amend, or repeal the bylaws vested in such board unless otherwise provided in the articles of incorporation or the bylaws. More specifically, the "bylaws may contain any provision for the regulation and management of the affairs of the corporation not inconsistent with law or the articles of incorporation.

218. The plaintiffs alleged that **ARTHUR T. JONES** and other members of the **Board of Directors** were not official board members because the church did not follow state law in selecting them.

219. Moreover, because the church never officially adopted bylaws in their organizational board meeting the bylaws are void. Where are the minutes?

220. The procedures followed in the church's bylaws were trumped by state law.

Though the church filed annual reports and listed its "board members, they are not officially board members because the church never had an official board meeting to select its board.

221.    The church never had the organizational board meeting upon incorporating to ratify the bylaws and the procedural requirements of state nonprofit corporation law and church's own bylaws were ignored. There are no minutes to corroborate this procedure.

222.    The church did not conduct the organizational board meeting during which time the new board of directors (**including the pastor**) was elected.

223.    If the sole voting member **ARTHUR T. JONES** was incapacitated and without mental capacity to perform official duties and bed ridden as was the case here.

224.    Without a Vice President or Secretary according to bylaws there is no officers of the church except **RUTH HUNTER**, who by her conviction is disqualified; in accordance to the IRS tax codes for 501(3) c organizations.

225.    Plaintiffs will prove "actual malice," which requires a "sinister" motive: This was clearly coordinated, calculated concocted by **ARTHUR T. JONES** who vindictively, retaliated against the plaintiffs for previously filed lawsuits against him; And for the plaintiffs exercising their constitutional right to protest.

226.    **TAYLOR-WILLIAMS** reputation as a "Community Pharmacist, has been forever blemished amongst both her customers and colleagues; her image was intentionally damaged by **ARTHUR T. JONES** and **BBFC** and the **ALL** their defendants.

227.    I t is difficult, troublesome and not an easy process to fight a powerful church and pastor for the harm they have done to your reputation but we will fight back.

228.    **PLAINTIFF** seeks relief in the form of monetary damages of seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19) jointly, from Defendants named in)" above - or such other relief as a jury as compensation for misusing his authority by willfully and maliciously approving the filing of a false criminal complaint against **PLAINTIFF BY BOARD OF DIRECTORS.**

29

## CAUSE OF ACTIONS

### COUNT ELEVEN- FAILURE TO FOLLOW BYLAWS – (ALL DEFENDANTS)

229. Plaintiff reallege and incorporate all previous paragraphs.

230. The church had no rights to **TERMINATE** the attendance of the plaintiff's membership according to its bylaws.

231. The **BOARD OF DIRECTORS** of "BBFC" breached their fiduciary duties to member by failing to adequately investigate the Contentions raised by plaintiff members. Whether the board acted in accordance with church by-laws; has the board disclosed all material information to members relative to rules and regulations and the governing board of organization?

232. The Board of Directors was aware of the fact that **ARTHUR T. JONES** violated the Statues of Florida rules governing Corporations in Florida?

233. An unwarranted arrest took place after "plaintiff" **JOYCE TAYLOR-WILLIAMS** filed two lawsuits against **ARTHUR T. JONES**, Founder, Senior Pastor/CEO of **BBFC** and two other members of the **BOARD OF DIRECTORS** for breach of fiduciary duty.

234. The complaint alleged **ARTHUR T. JONES** and **RUTH HUNTER** acted in furtherance of a scheme to defraud the church of millions of dollars and breached their fiduciary duties to the church and to the plaintiffs.

235. The second complaint alleged **ARTHUR T. JONES** violated his moral, ethical and spiritual obligations in his capacity as the head of the church, minister, moral and religious advisor of the plaintiffs by disregarding his son's knowledge and/involvement, in a sexual offense that occurred on his property in 2005; **Dr. WILLIAMS** was victimized. This case was disposes of due to Statute of Limitations having expired.

236. The plaintiff's continued to attend services at the church until approximately *March 18, 2012*; they were continuously ridiculed and lambasted by **ARTHUR T. JONES** from the pulpit.

237.   The plaintiffs eventually advised his attorney of intent to sue for bullying and defamation of character if **ARTHUR T. JONES** offensive gesture did not "cease and desist" we would pursue legal recourse.

238.   The plaintiff was then arrested and falsely accused of trespassing on church property when she entered the sanctuary as she had for the past twenty-two years.
      (– ***02865, Case number 8:11-cv and 2012 ca – 004715***).

239.   The plaintiffs believed — albeit mistakenly — that they had the right to attend the church services as they had done weekly for more than twenty-two years which fairness require that they should not have been deprived.

240.   The moment plaintiffs entered service they were swum by Security; communicating on walkie-talkies; creating an unwelcome environment, prior to being "kicked out of services on ***March 18, 2012.***

241.   Since approximately 1994, **ARTHUR T. JONES** and **RUTH HUNTER** have totally controlled the Church's affairs and custody of all monies to the organization. There were no safeguards to prevent financial impropriety.

242.   The day to day operational and decisions of the church was subjected to the EXECUTIVE Office only; except in case of a "state of emergency" where other leadership had been duly appointed by the President (**ARTHUR T. JONES**) this is taken from **Church bylaws page 10 X I- Executive Office**.

243.   At all times, **ARTHUR T.JONES** maintained absolute control over **BBFC** and the lives of his alleged: sheep or followers'.

244.   Around approximately 1996 **ARTHUR T. JONES**  launched an intimidation tactic against **RUTH HUNTER** sending out a correspondent to inform committee chairpersons that **RUTH HUNTER** was persuading other interest; and was discontinuing her employment with **BBFC**.

245.   This maneuver was sufficient to demonstrate to **"RUTH HUNTER"** that he was **Chief -n -Charge'** and that he could and would fire her.

246.   **RUTH HUNTER** acquiesce becoming a personal slave and co-conspirator to **ARTHUR T. JONES** as they cleverly and internally  connived to ravish **"GOD's PEOPLE"** and failed to perform their duties as such that

funds and assets of **BBFC** were mismanaged, wasted and diverted to said defendants personal use at will without provocation.

247.     **ARTHUR T. JONES** took advantage of the fact that **RUTH HUNTER** had been convicted of a felon and locked her in by her crime; she had no resources and with a criminal history her prospects of employment in another position was unlikely.

248.     **ARTHUR T. JONES** therefore could control and did control **RUTH HUNTER** who conspired with him to misuse **BBFC** funds embezzling them for personal use.

249.     There were many, many offerings, the church was flourishing, precisely according to the church's purpose; to raise money, but yet the church went from being a church flush with equity to a church burdened by millions of dollars in debt, with no one with the authority to question the churches resources as defined by the church bylaws.

250.     There were no board of trustees or any other board in charge of church finances; **RUTH HUNTER** was convicted of embezzlement in approximately in 1994 and remained church treasurer until and after **ARTHUR T. JONES** death on May 4, 2012.

251.     In July 2012 amid **A. T. JONES CHARTER SCHOOL** closing and allegations of mismanagement and misappropriation of funds; lapses in record-keeping, deficit fund balance and complaints from vendors who said they were not being paid and teacher paid for health insurance that was inactive.

252.     Around 2009 the school opened initially as **BIBLE-BASED FELLOWHIP CHRISTIAN ACADEMY** and close amid mismanagement of funds.

253.     **PLAINTIFF**s seeks relief in the form of monetary damages of *seven million five hundred twenty eight Dollars and nineteen cents ($7,000,528.19)*, for a total from *DEFENDANTS* **ANTHONY WHITE, RODNEY ALLMOND, property manager, Members of the Oversight Board Chairman PARNELL DICKINSON, RUTH HUNTER, MICHAEL BOONE, KAREN MINCEY, FRED ROBINSON, CONSTANCE DANIELS, ROBERT MORRISON Jr., ARTHUR T. JONES II, DORIS JONES and VERA WINREY** for their personal responsibilities of failing to

follow bylaws or such other relief as a jury may see fit as compensation for the willfully and malicious acts of these directors.

## COUNT TWELVE - MALICIOUS PROSECUTION

254.    **PLAINTIFFs** - reallege and incorporate all previous paragraphs.

255.    The plaintiff **TAYLOR-WILLIAMS** was incarcerated for a significant period past her arraignment. The case continued over a particularly long period of time.  Costing damages of lost of liberty from deprivation of liberty, for seventeen days past arraignment and is therefore contributed to defendants liability.

256.    Defendants **RODNEY ALLMOND, ARTHUR T. JONES AND BBFC** did thorough Officer **REMBERT** willfully, maliciously, unlawfully and without probable cause, initiate or file a false criminal charge of "trespass on property other than structure or conveyance,  a misdemeanor first degree.

257.    Against **PLAINTIFF**, so as to cause **TAYLOR-WILLIAMS** to relinquish her rights to protest by favor with their fellow government officials by unlawful prior restraint of **PLAINTIFF**'s Constitutional Rights to freedom of speech and freedom of the Press, by having **PLAINTIFF** falsely arrested so as to prevent **PLAINTIFF**'s lawful and peacefully demonstrating, All three Defendants knew, as a matter of absolute fact, that **PLAINTIFF** had not committed any crime directly or indirectly.

258.    Defendant **ARTHUR T.JONES** did willfully, maliciously, unlawfully and without probable cause, misuse his authority as **CHAIRMAN** and **CEO** of the **BOARD of DIRECTORS** of BBFC to approve the filing of a false criminal charge alleging trespassing against plaintiff **TAYLOR-WILLIAMS**, when he knew as a matter of absolute fact, that plaintiff had not committed directly or indirectly any such act, and that the Church bylaws was **VOID** on issue.

259.    **ARTHUR T. JONES** and **BBFC** committed this act against the plaintiff's with the intent of destroying their reputations and using forcible coercion in the form of bullying to control the outcome to his favor and in attempt to silence the plaintiff.

260. **PLAINTIFF** have not received any communications or notifications from the advising them of any offense they have committed or membership changes since they received the criminal trespass warnings or the false arrest charges.

261. **PLAINTIFF** seeks relief in the form of monetary damages of *Seven Million Dollars five hundred twenty eight dollars and nineteen cents* (**$7,000,528.19**) jointly from Defendants **RODNEY ALLMOND, ARTHUR T. JONES** and **BBFC**, or such other relief as a jury may see fit - as compensation for willfully and maliciously filing a false criminal charge against **PLAINTIFF**.

## COUNT THIRTEEN– ASSAULT & BATTERY

262. **PLAINTIFFs-** reallege and incorporate all previous paragraphs

263. Defendant **ARTHUR T. JONES** and **BBFC** through **Officer RAYMOND REMBERT** did willfully, maliciously, unlawfully and without probable cause, seek and obtain a false arrest against **PLAINTIFF**, which falsely alleged **PLAINTIFF** was a "Criminal" TRESPASER and were taken into custody without plaintiff's permission therefore causing assault upon the plaintiff's body, when **OFFICER RAYMOND REMBERT** aggressively accosted her.

264. The defendants **ARTHUR T. JONES** and **BBFC** caused plaintiff **TAYLOR-WILLIAMS** to be touched, with the intent to harm or offend her on March 25, 2012 when he had her arrested.

265. The **PLAINTIFF** did not consent(agree) to the touching by **Officer REMBERT** as he acted by forcing her hands behind her back and aggressively locking the handcuffs, so tight as to cause damage to plaintiff wrist.

266. **PLAINTIFFs** seeks relief in the form of monetary damages of *seven million five hundred twenty eight Dollars and nineteen cents($7,000,528.19)* jointly from *DEFENDANTS* **ANTHONY WHITE, RODNEY ALLMOND, property manager, Members of the Oversight Board Chairman PARNELL DICKINSON, RUTH HUNTER, MICHAEL BOONE, KAREN MINCEY, FRED ROBINSON, CONSTANCE DANIELS, ROBERT MORRISON Jr., ARTHUR T. JONES II, DORIS JONES** and **VERA WINREY** for their personal responsibilities in this adulterated action of corruption or such other relief as a jury may see fit as compensation.

## COUNT FOURTEEN – DEFAMATION OF CHARACTER

267.     **PLAINTIFF**s- reallege and incorporate all previous paragraphs

268.     **PLAINTIFF** sustained irreparable harm to reputation by sustaining a criminal record which is visible on MUG-SHOTS and other public viewing. The criminal stigma has harmed the plaintiff's reputation among colleagues and offended church members convinced of the veracity of defendant's **BBFC**, their leader's conduct.

269.     In fact, **ARTHUR T. JONES** and **BBFC** knew, as a matter of absolute fact, that **PLAINTIFF** was not engaged in any criminal acts, had not committed any act witch an ordinary citizen let along and officer of the law would question as unlawful and therefore would be offended for being physically contacted.

270.     **PLAINTIFF TAYLOR-WILLIAMS** seeks relief in the form of monetary damages from Defendants **ARTHUR T. JONES** and **BBFC** jointly for a total of Seven *Million* **five hundred twenty eight dollars and nineteen cents ($7,000,528.19)** - or such other relief as a jury may see fit - as compensation for willfully and maliciously assaulting plaintiffs and causing undo emotional mockery and causing physical contact against **PLAINTIFF** without probable cause.

## COUNT FIFTHTEEN –BULLYING

271.     Plaintiffs - reallege and incorporate all previous paragraphs.

272.     **ARTHUR T. JONES** used bullying to intentionally inflict emotional distress on the plaintiffs prior to excommunicating them, intimidation and harassment   tactics including acts of lambasting them from the pulpit with his passive-aggressive, obnoxious actions and comments.

273.     He employed these tactics to discourage and prohibit all contact between the broader membership and the plaintiffs.

274.     The unwanted verbal conduct was of an intimidating nature and ridiculing to the plaintiffs, it became so overbearing that **TAYLOR-WILLIAMS**

35

ultimately contacted **ARTHUR T. JONES** attorney to insist that the 'pulpit insults and the passive-aggressive and his otherwise obnoxious reference to the plaintiffs must stop and ceased immediately or we would file a lawsuit against him for this slander and defamation of character.

275.    **ARTHUR T. JONES** as pastor retaliated by turning his chair in the pulpit so his back could face the plaintiffs; other parishioners noticed and would ask the plaintiffs "why he is treating you this way"?

276.    The church bullying involved **ARTHUR T. JONES** and his "armour barriers" ensnaring the plaintiff and shouting obnoxious gestures from the pulpit.  **ARTHUR T. JONES** encouraged others to shun and gossip about the plaintiff.  The attacks were relentless calling her Satan, dirt and a liar.

277.    When she complained to his attorney, **ARTHUR T. JONES** scolded her for her insensitivity and lack of forgiveness while consistently targeting her with ridicule.

278.    The bullying only intensified until he used his last solution; to have plaintiff falsely arrested on trespassing charges, alleging she had committed a crime.
**PLAINTIFF** seeks relief in the form of monetary damages of **seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19)** jointly, from Defendants **ARTHUR T. JONES**)" above - or such other relief as a jury as compensation for misusing his authority by willfully and maliciously approving the filing of a false criminal complaint against **PLAINTIFF**, or such other relief as a jury may see fit as compensation for the willfully and maliciously

## COUNT SIXTEEN - FALSE ARREST

279.    **PLAINTIFFs** - reallege and incorporate all previous paragraphs

280.    As a consequence of their collective acts, Defendants **BBFC** and **ARTHUR T. JONES** caused the false arrest  of **TAYLOR-WILLIAMS**, who was denied liberty for at least seven-thousand, five- hundred, twenty-eight (7,528) minutes, which was 19 days.

281.    **PLAINTIFF** seeks relief in the form of monetary damages of **seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19)** jointly, from Defendants named in)" above - or such other

relief as a jury may see fit as compensation for the willfully and maliciously filing of criminal charges of false arrest.

## COUNT SEVENTEEN - FALSE IMPRISONMENT

282.   **PLAINTIFFs** - re<u>allege</u> and incorporate all previous paragraphs.

283.   Defendants **ARTHUR T. JONES** and **BBFC** caused **HCSO and TPD to** conspired  to cause the  false criminal charges alleging Trespassing on Property and Trespassing in Occupied Space,  against **PLAINTIFF**," when they knew as a matter of absolute fact, the utterances they chose to prosecute, were **"FALSE"**.

284.   As a result of the false charges **TAYLOR-WILLIAMS** was falsely imprisoned for 19 days. (***Hornung, 634 F.Supp. at 543.***)

285.   In this case, plaintiff's lack of conviction as established on 4-5-12 - Nolle prossed. (Exhibit  - B)

286.   **PLAINTIFF** seeks relief in the form of monetary damages of **seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19) ARTHUR T. JONES** and **BBFC**, Defendants named in)" above - or such other relief as a jury may see fit - as compensation for willfully, maliciously, unlawfully, and without probable cause, modifying one false criminal charge and adding a second false criminal charge against **PLAINTIFF**, such modification having been an intentional misstatement of material fact to a court and, further, violating the **PLAINTIFF**'s constitutional rights of freedom of speech, freedom of the Press, equal protection of the law and due process of law.


## COUNT EIGHTTEEN- BREACH OF FIDUCIARY DUTY – BOARD OF DIRECTORS

287.   **PLAINTIFFs** - re<u>allege</u> and incorporate all previous paragraphs.

288.   The board of director was the governing body of the church did willfully, maliciously, unlawfully and without probable cause, initiate a false criminal charge of "trespassing: against Plaintiff, so as to curry favor with their fellow church pastor by achieving unlawful prior restraint of Plaintiff Constitutional

37

Rights to freedom of speech and freedom of Press, by having Plaintiff falsely arrested.

289.    In order to prove breach of a fiduciary duty, we must prove two things. The action requires proof the defendant held one of these positions of trust that established the fiduciary relationship, and that the defendant breached of that duty to benefit personally.

290.    The **BOARD OF DIRECTORS** should have read the bylaws and what their function were contrary to what **ARTHUR T. JONES** preached to them, they had a right, responsibility and obligation to concern them with the church business, when they accepted the responsibility of Director; showing concern and actively responding to each incident that involved the **BBFC**.

291.    This Board was an accomplice to the robbery of this church by **ARTHUR T. JONES**, and are each guilty of "conspiracy–This Board of Directors watched and took no action.

292.    They are legally charged with the responsibility to investigate and adequately protect **BBFC** assets.

The board members each personally benefitted from taking no actions against **ARTHUR T. JONES** in their personal standing to claim membership on the **BOARD OF DIRECTORS.**
1. **ANTHONY WHITE** is pastor, while **MICHAEL BOONE** is director of Professional relations and associate Pastor,

2. **DORIS JONES** his wife and son **ARTHUR T. Jones II**, inherited all of **ARTHUR T. JONES** other alter ego non-profits corporations and the benefactor of his financial empire though inheritance.

293.    **PLAINTIFF** seeks relief in the form of monetary damages of seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19) jointly, from Defendants named in)" above - or such other relief as a jury may see fit - as compensation for the damages caused to her.


## COUNT NINETEEN - TORTIOUS INTERFERENCE

294.    **PLAINTIFFs** - reallege and incorporate all previous paragraphs.

295.    Defendants **ARTHUR T. JONES, BB FC, RODNEY ALLMOND, DAVID RODGER-WEAVER,, MICHAEL BOONE,ARTHUR TIM JONES II,** and **ANTHONY WHITE** did commit tortuous interference with the lawful business activities of **PLAINTIFF** by having her arrested on false charges, thereby preventing **PLAINTIFF** from engaging in her Consultant work as a pharmacist at **PILL DOC CONSULT INC.** on April 18, 2012 silencing her.

296.    On April 25, 2012 the **ARTHUR T. JONES** and **BBFC** again cause the false arrest of **TAYLOR-WILLIAMS** damaging her professionally and affecting tremendous emotional trauma, the Defendants were aware that among the congregation were many people in the community who were business associate, former customers or future patron relationships.

297.    The cause of action for tortuous interference against a third party in Florida is represented by these facts:

A.  A plaintiff must establish four elements in order to state a prima facie cause of action for   with an existing contract;

B.  Existence of a valid contractual relationship or business expectancy; Knowledge of the contractual relationship or expectancy by the defendant; Intentional interference inducing or causing a breach or termination of the contractual relationship or resultant damage to the party whose contractual relationship or expectancy has been disrupted.

C.  **ARTHUR T. JONES**  was aware of a business relationship that exist between his son-n-law **LEVEN (Chuck) WILSON**  and the fact that he served in the position of C.E.O. of **PILLDOC CONSULTS**, established in March, 2011and recorded in Florida Business.

298.    **The plaintiff** has suffered and continue to suffer emotional strain related to the undue injustice perpetrated on every aspect of her life by **these** defendants and  she has continuously suffer from PTSD and severe depression as a result of the harsh, lucid nightmares . Her depression has render her totally and completely disable with unlikelihood of recovery. .

299.    The plaintiff's professional aspirations to serve this community through their partnership with **Mr. WILSON** has become an omen to the detriment of the company that have suffered and collapse because neither **Dr. WILLIAMS**

nor **TAYLOR-WILLIAMS** could be replaced in their professional capacities as leaders.

300.    Without the implied relationship of their partner **Mr. LEVEN WILSON** who were to provide the professional skills for the Sociology component of this project the business could not thrive as a business enterprise.

301.    **ARTHUR T. JONES** intentional injury to this relationship without restraint has caused the plaintiffs to suffer and continues to suffer special damages for economic lost from the failure of a established business relationship that has cause the state of Florida to administratively dissolve **PILL DOC CONSULTS  INC.** effective September 2012.

302.    The vitality of the existence of this business was evident in the fact that there existed a contract with a major leader in medication management healthcare delivery system, work had already begun, and we had begun patient care management.

303.    One of the most common ways of proving a business relationship is the existence of an enforceable contract, but a contract is not required as long as the plaintiff can show they have any actual or prospective legal rights under the business relationship.

304.    The economic damages basis can be derive from projections prepared by **C.E.O. LEVEN CHUCK" WILSON** and is an accurate  projection  prepared in the normal course of business and based on reasonable assumptions.

305.    **PLAINTIFF** seeks relief in the form of monetary damages of **Twenty-seven Million, One- hundred-Four thousand, Three-Hundred-Seven Dollars and thirty-six cents ($27,104,307.36)**, from Defendants jointly in)" above - or such other relief as a jury may see fit - as compensation for tortuous interference with **PLAINTIFF**'s lawful business affairs, through unlawful prior restraint of freedom of speech and of the Press in violation of **PLAINTIFF**'s First Amendment rights.

306.    This committee had been portrayed by the **BBFC** itinerary as a charade; before the church disingenuousness with induction ceremony, as "leaders" of church affairs.  **PLAINTIFFs** believe and were coerced to believe that the

financial contributions were being properly managed and governed with authority by a **BOARD OF DIRECTOR**; deception was pervasive.

307.    **TAYLOR-WILLIAMS** did things properly by first contacting Pastor **ARTHUR T. JONES** privately, when that was to no avail, she thereafter turned to what she thought was the highest official in the church, **PARNELL DICKINSON** Chairman of the Board of Directors, who had the authority to take action, but for personal allegiance to "The Pastor", his "friend and former business partner, he did not.

308.    He and other Board members decided the plaintiff's issues were not worthy of a response to the letter directed to them and took no actions. Directors and officers in a non-profit corporation have a fiduciary duty to the corporation. As such, directors and officers owe the corporation a duty of care and duty of loyalty. (*Warehime v. Warehime. 777 A.2d 469. 482*)

## COUNT - TWENTY – LIBEL PER SE

309.    Defendants **ARTHUR T. JONES** and **BBFC** charge the **PLAINTIFF JOYCE TAYLOR-WILLIAMS** with " TRESPASSING" on Church property on **March 18, 2012** she was arrested, finger printed and booked in **Hillsborough County Jail**. This was published in court records, public records and available for any third party to see, example –mug shots.

310.    The statement was made on several occasion between **March 25, 2012** and **April 25**, 2012 that TAYLOR-WILLIAMS was away getting "mental treatment", facts **ARTHUR T. JONES** and **BBFC** knew or should have known were false, but stated them to damage the reputation of the plaintiff, knowing that implying instability of mental factors could and would effectively and severely demolish her ability to function as a Pharmacist, while knowing she was falsely incarcerated.

311.    **PLAINTIFF** seeks relief in the form of monetary damages of **seven million five hundred twenty eight dollars and nineteen cents ($7,528.19)** jointly, from Defendants named in)" above - or such other relief as a jury may see fit - as compensation

## COUNT- TWENTYONE - SLANDER  PER SE

312.    Plantiff reallege and incorporate all previous paragraphs

313.   **ARTHUR T. JONES** and **BBFC** caused a false statement about the plaintiff, which accused her of trespassing on **BBFC** property on 3-18-2012 issuing her warning not to return or be arrested, when they had no right to do so and merely was harassing the plaintiff.

BBFC sought to bear witness against my "good name and reputation, intentionally bringing harm to my personal reputation though false witness.

314.   Imputing to another conduct, characteristics or a condition incompatible with the proper exercise of her lawful business and profession.

315.   **PLAINTIFF** seeks relief in the form of monetary damages of **seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19)** jointly, from Defendants named in)" above - or such other relief as a jury may see fit - as compensation for this willfully malicious act.

## COUNT - TWENTY-TWO – BREACH OF RIGHT OF PRIVACY – (ALL DEFENDANTS)

316.   **PLAINTIFFs** - reallege and incorporate all previous paragraphs

317.   **PLAINTIFFs** allege that **DEFENDANTS** acting in concert filed these false charges without probable cause and wrongfully trespassed, the plaintiff fraudulently and with intent to oppress triggering police to invade privacy when arrest took place in church on 3-18-2012 and again on 3-25-2012 without incident.

318.   **PLAINTIFF** had a reasonable expectation of privacy in her private confidential life exposing her to false arrest notoriously expose the plaintiffs in a bad light.

319.   **PLAINTIFF** seeks relief in the form of monetary damages of **seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19)** jointly, from Defendants named (all) above - or such other relief as a jury may see fit - as compensation.

## COUNT TWENTY-THREE - FRAUD – (ALL DEFENDANTS)

320.   **PLAINTIFF**s - re<u>allege</u> and incorporate all previous paragraphs.

321.   Defendants **ARTHUR T. JONES** and **BBFC** did willfully, maliciously, unlawfully and without probable cause, misuse their authority to file criminal charges alleging the plaintiff **TAYLOR-WILLIAMS** with trespassing knowing she had done nothing to deserve these charges.

322.   The defendants further file an additional charge of trespassing in occupied structure or conveyance, a first degree misdemeanor on 3-25-2012 when they knew as a matter of absolute fact; the utterances they chose to prosecute were made outside of **BBFC** property.  They further knew, as a matter of absolute fact, that the plaintiff had not committed a crime.

323.   **ARTHUR T. JONES** has on a continually basic violated constructive trust, enriching himself unjustly through conversion and accounting impropriety.

324.   **PLAINTIFF** seeks relief in the form of monetary damages of **seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19)** jointly, from Defendants named in)" above - or such other relief as a jury may see fit - as compensation

## COUNT TWENTY-FOUR – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (ALL DEFENDANTS)

325.   **PLAINTIFF**s - re<u>allege</u> and incorporate all previous paragraphs
**ARTHUR T. JONES** and **BBFC** were aware that trespassing the plaintiff would be sufficient to cause her professional destruction and detrimental injury how ever did so with malicious intentions to ruin her credibility and cause mental distress.

.

326.   The **BOARD OF DIRECTORS** was aware of the extent of pain and suffering these fictitious falsehoods caused this plaintiff; however ignore the emotional stress causing her to endure a nervous breakdown.

327.   **PLAINTIFF** seeks relief in the form of monetary damages of  seven million five hundred twenty eight dollars and nineteen cents  ($7,000,528.19) jointly, from Defendants named in)" above - or such other relief as a jury may see fit - as compensation

328.    In approximately 1994 **SAUNDRA JACKSON** –secretary of the church
and secretary of the **BOARD OF DIRECTORS** was forced to resign when
she chose to marry without **ARTHUR T. JONES** approval; and was given an
ultimatum by **ARTHUR T. JONES**; she departed from the church and **RUTH
HUNTER** was her predecessor.

329.    The **CHURCH'S BOARD OF DIRECTORS** since 1994 has consisted
of **ARTHUR T. JONES** and **RUTH HUNTER**, where they functioned
together to ruin the Church; manipulating loan applications to acquire property
and assets only to diffuse into the "**JONES EMPIRE**".

330.    The inherent problem is which "room" they cared for the business; the
board room or "bedroom" they were known "for their extra marital affair",
they voted to remove **EARL MASON**, co-pastor unanimously.

331.    **ARTHUR T. JONES** resentment for the plaintiffs, became more
disturbing as he aggressive and routinely addressed the plaintiffs from the
pulpit, gesturing, "This is not Burger King; It is not your way"; Turning toward
the plaintiff as he suggestively directed his attention to her.

332.    Between *January 2012* and **March 2012** the verbal assault became so
violently demoralizing that the plaintiffs notified the defendant's attorney **Mr.
HAFTEL** in demand for a "cease of the verbal abuse and personal attacks
from the pulpit" or risk legal recourse.

333.    Church security including **MICHAEL BOONE** and **ANTHONY
WHITE** sought to surround **TAYLOR-WILLIAMS** in effort to silence her
with aggressive endeavors to persuade her to leave the meeting business
meeting on February 28, 2012.

334.    The **BOARD OF DIRECTORS** at **BBFC**, highly educated, successful
individuals, with lofty credentialed should have read the bylaws and were or
been aware of what their functions were.

335.    Additionally they were advised in a letter to them *December 11, 2011*
written to **Chairman, Parnell Dickinson** by the plaintiffs.

336.    Upon this date the plaintiff has received no response to this
communication; not even a letter of acknowledgement.

337.    On **May 6, 2012** plaintiff was turned away from church as she attempted to attend services; **TAYLOR-WILLIAMS** requested that a member retrieve **PARNELL DICKINSON** who came to the scene and confidentially assured the plaintiffs that he would deal with situation of their attendance issue and have our rights to attend services restored.

338.    **TAYLOR-WILLIAMS** telephoned **PARNELL DICKINSON** on **May 8, 2012** and again on **May 9, 2012** regarding clearance to attend services on **May 11, 2012** at the church. **PARNELL DICKINSON** never returned the calls; as a result the plaintiffs assuming that 'the doors of the church – was opened' and that they would be respected and treated fairly, attempted to attended services and were again forced away by **Officer WILLIE MITCHELL** and **RODNEY ALLMOND.**

339.    During the 1995 episode after the Court, sentenced **RUTH HUNTER** for "Grand **Theft**" she was admonished never to work in a money management capacity again but **ARTHUR T. JONES** declared from the pulpit "No judge is going to tell me how to run my church".

340.    **RUTH HUNTER** had continued to serve in the capacity of "Treasurer", handling cash, making bank deposits and managing the church finances until his death.

341.    The Overseer' board (Board of Directors) has refused to assert any power as their duty requires them to govern the financial affairs of the church. The Board of Directors is guilty of bearing witness to the atrocity of watching **ARTHUR T. JONES** steal church funds and not addressing problems.

342.    The board is also guilty of neglect; while **ARTHUR T. JONES** and **RUTH HUNTER** are accountable to the shareholders victimized by their financial scams; the board is guilty of allowing it to happen.

343.    Bylaws constitute a legal document. "Bylaws serve as the legal guidelines of the organization, and the plaintiffs challenge the organizations actions as it has continuously violate and downright "abandon the bylaws.

344.    Plaintiffs seeks relief in the form of monetary damages in the amount of **seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19)**, from *defendants jointly* - **ANTHONY WHITE, RODNEY ALLMOND**, property manager, Members of **BOARD OF DIRECTORS**

**PARNELL DICKINSON, RUTH HUNTER, MICHAEL BOONE, KAREN MINCEY, FRED ROBINSON, CONSTANCE DANIELS, ROBERT MORRISON Jr., II, DORIS JONES, VERA WINREY AND ANTHONY WHITE** for their personal responsibilities in this corruption.

## COUNT TWENTY-FIVE BREACH OF FIDUCIARY DUTY ARTHUR T. JONES

345.    Plaintiffs - reallege and incorporate all previous paragraphs.

346.    **TAYLOR-WILLIAMS** allege that **ARTHUR T. JONES** was in a position of special relationship of pastor to a parishioner and had a duty to serve her needs in good faith, using reasonable skill and care. Since plaintiff knew **ARTHUR T. JONES** as a minister she trusted in his integrity and believed everything he told her.

347.    He breach his responsibilities to her when he charged her with a crime she had not committed a criminal offense when in fact, he knew that no such offense occurred.

348.    **ARTHUR T. JONES** and **BBFC** announced to the congregation that **TAYLOR-WILLIAMS** was away getting psychiatrist help, knowing that he had her in jail, breaching his responsibility for her good knowing that these accusations if true would have been personally and by secret told to him privately had they been true; therefore breaching his fiduciary accountability to the plaintiff.

349.    These actions presented the plaintiff in a false light appealing to be crazy, creepy, dreadful, dishonest, immoral, slanderous and seductive.

350.    Using this brazenly willful scheme to descry in order to libel **TAYLOR-WLLIAMS** and try to hide behind the defense of Christian like a scrawny little coward caused physical and emotional distress, severe physical and emotional trauma, anxiety, career, and familial adjustment problems as injuries.

351.    Plaintiffs seeks relief in the form of monetary damages of **seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19)**, from **ARTHUR T. JONES and BBFC)** jointly" above or such other relief as a jury may award as compensation for this willful ill responsible act.

## COUNT TWENTY-SIX - CONVERSION

352.    Plaintiffs - reallege and incorporate all previous paragraphs.

353.    **ARTHUR T. JONES** had on a continuous basic violated constructive trust enriching him-self unjustly, and conversion taking funds donated to charity for his own personal use, while forcing employees to implement accounting improprieties to cover.

354.    **ARTHUR T. JONES** made a myriad of enemies in Tampa probably more than can be counted, they were usually so spiritually broken they go away—as he'd wish upon them—after taking their tithes and offerings.

355.    This plaintiff had a possessory interest in the **BBFC**, that was intentionally interfered with by **ARTHUR T. JONES** and **BBFC** not allowing her attendance.

356.    The defendants acts are the legal cause of the plaintiff's loss of property, By trespassing her from attendance of her church and conversion of property to himself and member of the **BOARD OF DIRECTORS.**

357.    **PLAINTIFF** seeks relief in the form of monetary damages of **seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19)** jointly, from Defendants named in)" above - or such other relief as a jury may see fit as compensation.

## COUNT TWENTY-SEVEN - PIERCING THE COOPERATE VEIL-

358.    **BIBLE BASED FELLOWSHIP, INC.**
**FLORIDA MASS CHOIR, AT JONES MINISTRIES, INC., THE ESTATE OF ARTHUR T. JONES**

359.    **PLAINTIFFs** - reallege and incorporate all previous paragraphs
We intent, to prove two things:

(a) there is a "unity of interest and ownership" between the corporation **BIBLE BASED FELLOWSHIP CHURCH INC, BIBLE BASED FELLOWSHIP DEVELOPMENT CORP. , FLORIDA MASS CHOIR INC, A.T. JONES MINISTRIES INC.** and **PINNACLE** are, among other corporations, dominated and controlled by **ARTHUR T. JONES**, deceased.

47

(b)**ARTHUR T. JONES** treats the corporations without regard for any individual corporations; he fails to maintain corporate records or any independent existence, and regularly commingles personal and corporate assets. Moreover, none of the corporations maintain corporate records or any independent control over the assets of the corporations.

(c) It would be unfair if the acts in question are treated as those of the corporation alone. The facts acts are:

(d) Commingling of funds and other assets, failure to segregate funds of the separate entities, and the unauthorized diversion of corporate funds or assets to other than corporate uses;

(e). **AT JONES MINISTRIES** personally owns the copyrights to his numerous books tapes CD's and LP's. However, he uses **BBFC** to print, publish, market and distribute his books, tapes, and CD's, then helps himself to church funds as he pleases as "royalties." There is no corporate protocol in the by-laws for taking funds out of **BBFC**.

(f). There are no corporate minutes.

1. No knowledge of the character of any document approving **a** salary of 25,000 per month; leading to the conclusion that **ARTHUR T. JONES** decided his own salary; paid himself what he wanted, because he controlled everything.

(g). For more than three years **ARTHUR T. JONES** was critically stricken by Cancer and unable to perform the duties of Pastor, bed ridden, on dialysis yet he refused to step down, for the good of the church financially and spiritually.

(h) a. Florida law dictates emergency Board members be installed immediately 617.0303 states that one or more officers according to their ranks in seniority; however there were no other members only **ARTHUR T. JONES**.

(G). **ARTHUR T. JONES** continued to demand and receive his *$25,000 MONTHLY* salary, until **TAYLOR-WILLIAMS** exposed, it through "signs he eventually acquiesced and took sick leave as a result of plaintiffs "awareness campaign".

(h). **ARTHUR T. JONES** refused to stop causing financial ruin on church budget, and spiritual drained onthe church due to his tireless selfish pursuit

of the church; when he finally stepped aside be bequested his son **ARTHUR T. JONES II** as church administrator, who had served in no official capacity of authority.

(i) . **ARTHUR T JONES** treated the assets of the corporation as his own (e.g., paying personal debts with corporate funds); engaging in conversion, unjust enrichment, and accounting.

(j). **ARTUR T. JONES** failure to obtain authority to make purchases, he was in charge and spent church funds as his own;

(k). **ARTHUR T. JONES** has stated publicly on numerous occasions that he would be liable for the debts of the **BBFC** Corporation;

(l). **BBFC** - failed to follow corporate technicalities, such as maintaining records, holding board meetings, or having officers; and following bylaws.

(m). ALL corporations had  most identical , directors.

(n.) ALL corporations have same office or business location;

(o). ALL corporations shared the same employees;

(p).  Failure to adequately capitalize a corporation, the total absence of corporate assets, and undercapitalization;

(q). **ARTHUR T. JONES** use of a corporation as a shell or as an instrument for a single venture (e.g., using a corporation to enter contracts that personally benefit the owner or one of the owner's other companies);

(r).  **ARTHUR T. JONES** used **BIBLE BASE FELLOWSHIP DEVELOPMENT INC,** for concealment or misrepresentation of the identity of the responsible ownership, management and financial interest for his personal aggrandizement.

(s). **ARTHUR T. JONES** used the corporate entity  of **BBFC** to procure labor, services or merchandise for himself or his personal entity; SAM'S card, Major Credit Cards, gas, cards and employed the same Church's builder to construct  his 5,622 square foot home in Tampa's exclusive subdivision - **TAMPA  PALMS** - "RESERVE", his stolen palace.

49

**(t). ARTHUR T. JONES and BIBLE BASE FELLOWSHIP DEVELOPMENT CORP** - diverted assets from the **BBFC** to said corporation of which **ARTHUR T. JONES** and family is owner to the detriment of creditors and members of the Church.

(u). **ARTHUR T. JONES** used said corporation to accommodate his personal interest by converting the interest of this corporation to his ownership.

(v). **ARTHUR T. JONES** used manipulation of assets and liabilities between entities so as to concentrate the assets in one and the liabilities in another.

A. Example **A.T. Jones Academy** liabilities were in the church name **BBFC**. Its members paid the mortgage on the school, however **BIBLE BASED FELLOWSHIP DEVELOPMENT INC.** leased the property to **HILLSBOROUGH COUNTY SCHOOL BOARD** during 2010 to 2012 years, the rent was paid to ownership of **ARTHUR T. JONES.**

(w). **ARTHUR T. JONES** contracted with another company with intent to avoid performance by use of a corporate entity as a shield against personal liability;

(x). Around approximately 1994 - **BBFC** performed two community plays produced by **ARTHUR T. JONES** and **BBFC**; **ARTHUR T. JONES** used his manipulative skills to influence then **Mayor SANDY FREEMAN** to write checks to **FLORIDA MASS CHOIR** to avoid charges of favoritism by other churches.

(y). Formation and use of a corporation to transfer to it the existing liability of another person or entity.

(z). these are some of the factors we would ask the court to consider. The question comes down to an issue of fairness:

360.     **PLAINTIFF** seeks relief in the form of monetary damages of **seven million five hundred twenty eight dollars and nineteen cents ($7,000,528.19)** jointly, from Defendants named in)" above - or such other relief as a jury may award.

1. Will the plaintiffs' be treated fairly if the corporation's "veil" is not pierced?

See, e.g., ***Morrison Knudsen v. Hancock (1999) 69 Cal.App.4th 223, 249-250***.

## INJUCTIVE RELEIF

361.    This complaint alleged causes of action against **BBFC** and **ARTHUR T. JONES** for imposition of constructive trust, unjust enrichment, conversion, accounting, and injunctive relief.

362.    It seeks damage and an injunction **enjoining BBFC** and the current **BOARD OF DIRECTORS** from entering Church property in its official capacity and using or taking any money belonging to the Church.

363.    Injunctive relief is also sought to require them to produce all financial records for the Church from October 1994 to the present,

364.    Remove themselves as authorized users of the Church bank accounts, and turn over all Church keys, equipment, fixtures, furnishings, appliances, books, and other Church assets in their possession to the plaintiffs.

Exhibit --C--Church Bylaws

The Church's bylaws, state:

365.    The control and management of the affairs and business of this organization will be conducted by the **BOARD OF DIRECTORS** of the Church. In the absence of the pastor and/or the **vice- president; the church secretary** and/or **treasurer.**

366.    There was no official **BOARD OF DIRECTORS**, because the pastor had no power to select a board being a sole director.

367.    The Treasurer shall have the care and custody of all monies belonging to the organization and shall be solely responsible for such monies or securities of the organization.

368.    No officer shall for any reason of his office be entitled to receive any salary or other than as a director or officer, (i.e. full time employment) the bylaws provide that the Church shall annually elect its officers. A quorum of at least 3 Church members in good standing is required for voting.

369.    The Church's voting board before **JONES**'s death consisted of **ARTHUR T.  JONES** and **RUTH HUNTER** only as decision makers as afforded them by the **BOARD OF DIRECTORS** and illicit bylaws.

370.    The financial crisis that has derailed the church are through the ill-advised accumulation of this massive debt and the lack of accountability is reckless and irresponsible; giving **ARTHUR T. JONES II**, full control of church.

371.    The current **BOARD OF DIRECTORS** should be held accountable for the matters of leadership, for their failure to perform their duties as officials has contributed to the demise of the church finances and injuries of the plaintiff.

372.    Florida Statue 617.0607 states that a member may not be expelled or suspended, except   pursuant to a procedure that is fair and reasonable and carried out in good faith.

    a.    Any written notice given by mail must be delivered by certified mail or first-class mail to the last address of the member.

373.    Plaintiffs have suffered and continue to suffer general and special damages in an amount currently unknown, but the plaintiff expects that said damages will exceed *$50,000,000.00 fifty million dollars*.

374.    **BBFC** is determined to continue **ARTHUR T. JONES** legacy of the tortuous conduct of robbing Christians though the lack of accountability to enrich themselves. The **BOARD of DIRECTORS** was in agreement with his actions as is obvious he was allowed to continue abusing the system.

375.    The plaintiffs are among the oldest members in attendance, the vast majority of which have probably been associated with the church less than three years. **TAYLOR-WILLIAMS** fought the **COUNTRY PLACE HOMEOWNERS ASSOCIATION** for the opportunity for **BBFC** to acquire

the church land they now process and the rights ownership to alter the land for the church's home.

## EXHIBIT- E- LETTER COUNTRY PLACE HOWNOWNERS ASSOC 1992

376. These Defendants helped "perpetuate **ARTHUR T. JONES** fiction, by weaving an elaborate web of lies that for decades they duped church members into giving abundantly; allowing **ARTHUR T JONES to** flourish and to amass self enrichment through his prosperity scrofulous tactics.

377. The **BOARD OF DIRECTORS** was negligent in managing the organization and assisted **ARTHUR T. JONES** with duping so many people out of their hard earned money through tithes, offerings.

378. A fraud of this scope and duration could 'not' have continued without the **BOARD OF DIRECTORS** unwavering assistance.

379. The **BOARD OF DIRECTORS** did not take the proper actions to safeguard the best interests of these plaintiff members or the church as their duty of care or loyal dictate them to.

380. The **BOARD OF DIRECTORS** acted in the best interest of one or more of the beneficiaries namely **ARTHUR T. JONES** but not in the best interest of the majority of the members by not abiding by governing bylaws.

### *JUDICIAL RELIEF*

381. *Declare that* the **BOARD OF DIRECTORS** breached their corporate duties toward plaintiffs and corporation;

382. Remove the **BOARD OF DIRECTORS** from their positions and enjoin them from serving in official capacities of leadership for 23 years;

383. Declare that **BBFC** violated member's rights to inspect corporate books and records.

384. Declare that the secrecy practices of **BBFC** an **ARTHUR T. JONES** that limited the voting to **ARTHUR T. JONES** ONLY- unconstitutional.

385. Assign the plaintiffs the professional responsibility of managing the **BBFC** in accordance with the principles it was found on in 1989.

386.   Restraining Defendant's agents, servants and representatives from occupying and possessing the church property, and from appropriating the church property of the **BBFC** to the use and benefit of an independent Church,

387.   Declare that **ARTHUR T. JONES** and his `followers' had no authority to `suspend' the Constitution of the Church during the above period; "

388.   Declare that the congregation was entitled to notice of the candidacy of **REVEREND ANTHONY WHITE** as pastor, not the reckless selection by **ARTHUR T. JONES** appointing him as pastor.

389.   Declare that **REVEREND ANTHONY WHITE** was not elected in accordance with the Constitution of the Church.

390.   Declare that the Plaintiffs have been denied the right and privilege of attending church and participating in the activities unjustly, the Plaintiffs' withdrawal from the Church was involuntary;

### DISCUSSION

391.   Because of his connections **ARTHUR T. JONES** was able to continue his prey upon God's people, making massive money through tithing and offerings.

392.   Facts **ARTHUR T. JONES** and **BBFC** knew or should have known to be false; but stated this false spiteful statement as though it was fact; knowing fully that any question of mental instability would effectively and severely demolish or damage plaintiff's ability to function as a Pharmacist.

393.   The false incarceration has damaged plaintiff's reputation and license to practice pharmacy which has been her livelihood for more than thirty three years.

394.   The church bullying involved **ARTHUR T. JONES** and his "armour barriers" ensnaring the plaintiff and shouting obnoxious gestures from the pulpit.   **ARTHUR T. JONES** encouraged others to shun and gossip about the plaintiff.   The attacks were relentless calling her Satan, dirt and a liar.

395.   When she complained to his attorney, he scolded her for her insensitivity and lack of forgiveness while consistently targeting her with ridicule.

396.    The bullying only intensified until he used his last solution; to have plaintiff falsely arrested on trespassing charges, alleging she had committed a crime.

397.    The **BOARD OF DIRECTORS** of "BBFC" breached their fiduciary duties to members and the plaintiffs by failing to adequately investigate the contentions raised by plaintiff members.

398.    The board acted not in accordance with church by-laws;  the board has not disclosed all pertinent material or information to members relative to rules and regulations and the governing of organization.

399.    The bylaws stated Office only;  **(ARTHUR T. JONES & RUTH HUNTER.** except in case of a "state of emergency" where other leadership had been duly appointed by the President **(ARTHUR T. JONES)** this is taken from Church bylaws *page 10 -X I- Executive Office*.  This too is in violation of Florida Statue. That requires that a meeting be held immediately to appoint a new Director.

400.    At all times **ARTHUR T.JONES** maintained absolute control over **BBFC** and the lives of his alleged: followers'

401.    There was no board of trustees or any other board members in charge of church finances; **RUTH HUNTER** was convicted of embezzlement in approximately 1994 and was church treasurer until and after **ARTHUR T. JONES** demise.

402.    In July 2012 amid **A. T. JONES School** closing and allegations of misappropriation of funds; teacher paid for health insurance that was inactive.

The Church's bylaws, state:

403.    The control and management of the affairs and business of this organization will be conducted by the **BOARD OF DIRECTORS** of the Church. In the absence of the pastor and/or the vice- president; the church secretary and/or treasurer

404.    The Treasurer shall have the care and custody of all monies belonging to the organization and shall be solely responsible for such monies or securities of the organization.

405.   No officer shall for any reason of his office be entitled to receive   any salary or other than as a director or officer, (i.e. full time employment) the bylaws provide that the Church shall annually elect its officers.  A quorum of at least 3 Church members in good standing is required for voting.

406.   This nullifies the Articles of Amendment filed with the Florida Corporation Commissioner's Office by Defendant's agents, servants and representatives on 9/04/2013 under which they now deem as the governing covenant.

407.   Plaintiffs cite, and have evidently modeled their suit upon, *Hughes v. Grossman, 166   Kan. 325*, 201 P.2d 670 (1949). In that case, two doctrinal factions in a Baptist church divided over the issue of connectionism, one faction (defendants) resorting to locking the other (plaintiffs) out of the church premises. The Kansas Supreme Court directed the trial court to enjoin defendants "from occupying or possessing the property, buildings and appurtenances of such church and from interfering with the plaintiffs in the management, control, possession or custody of the church, its property or its business affairs*." 166 Kan. at 333, 201 P.2d 670*.

408.   The court found that church identity continued in, and the church property belonged to the faction abiding by the original "doctrine, tenets, customs and traditions" of the church prior to any schism. *Accord, Philomath College v. Wyatt, 27 Or. 390, 463-67, 31 P. 206, 37 P. 1022 (1894)* (identity of church determined by reference to confession of faith, fundamental doctrines and law, book of discipline, and usages and customs prior to the division of the church).

409.   Civil courts can no longer inquire into questions of church doctrine. In *Presbyterian Church v. Hill Church, 393 U.S. 440, 449, 89 S.Ct. 601, 21 L.Ed.2d 658 (1969)*, the United States Supreme Court stated:
"Thus, the First Amendment severely circumscribes the role that civil courts may play in resolving church property disputes. It is obvious, however, that not every civil court decision as to property claimed by a religious organization jeopardizes values protected by the First Amendment. Civil courts do not inhibit free exercise of religion merely by opening their doors to disputes involving church property.

*410.*   And there are neutral out establishing' churches to which property is awarded. But First Amendment values are plainly jeopardized when church property litigation is made to turn on the resolution by civil courts of controversies over religious doctrine and practice. If civil courts undertake to resolve such controversies in order to adjudicate the property dispute, the

56

hazards are ever present of inhibiting the free development of religious doctrine and of implicating essentially religious purposes, *Abington School Dist. v. Schampp, 374 U.S. 203, 83 S.Ct. 1560, 10 L.Ed.2d 844 (1963);*

411.    *The Amendment therefore commands civil courts to decide doctrine. Hence, States, religious organizations, and individuals must structure relationships involving church property so as not to require the civil courts to resolve ecclesiastical questions."* (Emphasis added)

412.    The plaintiffs' prayer for exclusive control of the church is indeed founded on the principles of doctrinal precedence and identity encountered in *Hughes v. Grossman supra,* and *Philomath College v. Wyatt, supra.*

413.    Plaintiffs have asserted also basis for the claim to exclusive control through malice and vindictiveness' indifferences compelled them to leave the church.

414.    These exploitative actions were taken without compliance with the existing constitution.

415.    The important acts complained of are the suspension of the constitution; Plaintiffs assert that the second amendment of the Articles since violates the constitution.

416.    Plaintiffs cite *Banks v. Community Church, 178 Or. 1, 22-23, 165 P.2d 65 (19*46), as authority for the invalidation of an act of a church organization for failure to follow its own bylaws. In *Banks,* a deed was declared void because the election of the purported trustee-grantors and the meeting authorizing the conveyance of church property to defendant were not preceded by notice to all members, contrary to established usages having the effect of bylaws. Plaintiffs in *Banks,* however, were current trustees of the religious society, and the invalidation of the deed removed a cloud from the title to the church property.

417.    Like in Banks, the plaintiffs here are continuous members and have assumed no other church affiliations since the unlawful terminations acts in question, they continue to have interest in the internal workings o f the church corporations.

## PRELIMINARY INJUCTION SPOUSAL CONSORTIUM

1. The Plaintiff incorporate by reference all the above paragraphs .

2. At the time of the occurrence complained of in the Plaintiff's – Complaint, the Plaintiff was married and that the Plaintiff continue to be married.

3. That as a result of the wrongful and negligent acts of the Defendants, and each of them, the Plaintiffs were caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship.

4. Before suffering these injuries, **CLIFFORD WILLIAMS** eighty five years old was able to and did perform all the duties as a husband including in maintaining the home and providing love, companionship, affection, society, sexual relations, moral support and solace.

5. As a direct and proximate result of the injuries, plaintiffs spouse has been unable to assist in maintenance of the house, preparation of meals, participate in family recreational or
Social activities with **TAYLOR-WILLIAMS** the plaintiff; even if she desire to under some unforeseeable event; he is unable to participate due to extraordinary incidents of depression and emotional distress that has grave fear.

6. Due to the nature of the physical and emotional injury sustained by **CLIFFORD WILLIAMS**, he is unable to provide moral support, love and or solace.

7. Because of these injuries, **CLIFFORD WILLIAMS** will be unable to perform these duties in the future.

8. I am therefore deprived and will be permanently deprived of my husband **CLIFFORD WILLIAMS's** loss of consortium, all to the damage of these specific incidents.

9. As a result of theses actions **CLIFFORD WILLIAMS'S** life expectancy has diminished based on the fact that he has been emotionally traumatized; subjected to uncontrollable anxiety, depression and hospitalized on ( 3) occasions in the past year.

10. He has emotionally loss enjoyment of life, the quality of his life and the adoration for this community of which he served for over sixty years as an entrepreneur.

11. **As a result of the malicious disdained and outrageous actions of ARTHUR** T. JONES **BBFC** and the **BOARD OF DIRECTORS** her weaken spouse who has a intra-cardiac device has become frantically too weak to bear the trails of daily life.

12. Upon hearing the news of his wife's false persecution, arrest and defamation of family's character, he had to have his defibrillator surgically removed and replaced.

13. **CLIFFORD WILLIAMS** has in access of 189,000 in medical bills.

14. **PLAINTIFF** seeks relief for husband **CLIFFORD L. WILLIAMS** in the form of monetary damage of two million Dollars ($2,000, 000.00) for all **DEFENDANTS** "jointly", or such other relief as the court may see fit.

## INJUCTIVE RELIEF FROM BBFC and BOARD OF DIRECTORS

1.   This complaint alleged causes of action against *BBFC* and **ARTHUR T. JONES** for imposition of constructive trust, unjust enrichment, conversion, accounting, and injunctive relief.

2.  It seeks damages and an injunction enjoining **BBFC BOARD OF DIRECTORS** from entering Church property in any "official capacity" and using or taking any money belonging to the Church.

3.   Injunctive relief is also sought to require them to produce all financial records for the Church from April 1994 to the present,

4.  Remove themselves as authorized users of the Church bank accounts, and turn over all Church keys, equipment, fixtures, furnishings, appliances, books, and other Church assets in their possession.

5.  Having plausibly stated a claim upon which relief can be granted, Plaintiffs demands a trial by jury to seek relief at a minimum of *Seventy-five Million Dollars ($75,000,000.)* from BIBLE BASE FELLOWSHIP CHURCH and **ARTHUR T. JONES** estate and **all the defendants** in each of the Counts above.

6.  Relief from Defendants is to be for actual, general, special, exemplary, and consequential and/or punitive damages, plus reasonable attorney fees should an attorney

*($75,000,000.)* from **BIBLE BASE FELLOWSHIP CHURCH** and **ARTHUR T. JONES** estate and **all the defendants** in each of the Counts above.

6.   Relief from Defendants is to be for actual, general, special, exemplary, and consequential and/or punitive damages, plus reasonable attorney fees should an attorney be employed during the prosecution of this suit, plus the costs of this litigation.

Respectfully submitted,

Sworn to and subscribed under Penalty of Perjury this 26th day of August, 2014

**JOYCE TAYLOR-WILLIAMS**, Pro Se
17928 Bahama Isles Dr.
Tampa, Florida
813-982-9397 home
813-701-1952 cell

Signed or attested before me on _26_ day of August  2014

**JOYCE TAYLOR-WILLIAMS**  (Date) (name(s) of (person(s))

I hereby certify that a true and correct copy of the foregoing was delivered to **ARTHUR T. JONES, ESTATE, BIBLE BASED FELLOWSHIP CHURCH, FLORIDA MASS CHOIR AND A.T. JONES MINITIRIES, BIBLE BASED FELLOWSHIP DEVELOPMENT CORP,** on this _26_ day of August, 2014

**JOYCE TAYLOR-WILLIAMS**



## HILLSBOROUGH COUNTY SHERIFF
### GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-140538 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**

## General Offense Information
Operational status: **CLEARED BY ARREST**
Reported on: **Mar-18-2012  (Sun.) 1112**
Occurred on: **Mar-18-2012  (Sun.) 1112**
Approved on: **Mar-18-2012  (Sun.)  by:  3052  –  Lubinski, Daniel E**
Report submitted by: **3305  –  Mitchell, Willie J**
Org unit: **Day A Squad 305 - D3**
Address: **4811 EHRLICH RD**
      Municipality: **HILLSBOROUGH COUNTY**
      District: **D1   Beat: A01   Grid: HS3221**
Felony/Misdemeanor: **MISDEMEANOR**
Bias: **None (no bias)**
Family violence: **NO**

## Offenses (Completed/Attempted)
Offense: **# 1   TRESPASS-2   TRESPASS MISDEMEANOR  –  COMPLETED**
Location: **Church/Synagogue/Temple**
Offender suspected of using: **Not Applicable**

EXHIBIT
A

ᶠⁿ4384 12-13-12



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-140538 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**

## Related Image - Criminal Report Affidavit

Attachment Description:
Reference Number:

---

**CRIMINAL REPORT AFFIDAVIT / NOTICE TO APPEAR**          **1790757**

*(The remainder of the page is a photocopied Criminal Report Affidavit / Notice to Appear form, largely handwritten and faded. Legible fields include:)*

AGENCY REPORT # 12-140538   AGENCY NAME HCSO   ORI # FL0290000

LOCATION OF OFFENSE: 4811 Ehrlich Rd Tpa, FL   DATE OF OFFENSE 07-18-12   TIME OF OFFENSE 1115

LOCATION OF ARREST 4811 Ehrlich Rd Tampa, FL   DATE OF ARREST 07-18-12   TIME OF ARREST 1115

NAME: Taylor-Williams, Joyce

LOCAL ADDRESS: 12928 Rothana Isle Dr Tampa, FL   Ph # 790-496-

Permanent Address: Same as Local

STATUTE / ORD # 810.08 (2)(b)   CHARGE: Trespass in occupied structure or conveyance

CHARGE STATUS: F-Felony  M-Misdemeanor  T-Traffic  O-Ordinance  FT-Felony Traffic  DV-Domestic Violence  CP-Child Present

COURTHOUSE TOWER ANNEX, 601 E. TWIGGS STREET, TAMPA, FLORIDA 33602

COUNTY OFFICE BUILDING, MICHIGAN & REYNOLDS STREET, PLANT CITY, FLORIDA 33563

White - Clerk of Court     Green - State Attorney     Yellow - Arresting Agency     Pink - Central Booking/Detention Center     Goldenrod - Defendant

---

# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
GO# HS 2012-140538 CLEARED BY ARREST          TRESPASS-2 TRESPASS MISDEMEANOR



(Notice to appear ONLY)
DEFENDANT'S
RIGHT
THUMBPRINT AND/OR PHOTOGRAPH SUGGESTED

Arresting Agency

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OCCURRENCE HARDCOPY

**GO# HS 2012-140538 CLEARED BY ARREST** **TRESPASS-2 TRESPASS MISDEMEANOR**

1790757

AGENCY REPORT # 12-14[illegible] AGENCY NAME [illegible]

[illegible handwritten narrative] ... HILLSBOROUGH COUNTY

Judgement requested against defendant for agency investigative cost per Florida Statute 938.27: $

OFFICER

I.D. # Dist. & Squad

SWORN TO AND SUBSCRIBED BEFORE ME THIS 18 DAY OF March 2012

Sgt D. Wbinski [illegible] 3052

POLICE REPORT WRITTEN: Yes ☒ No ☐

OFFICER [illegible] I.D. # 77-C Dist. & Squad C2S[illegible]

I SWEAR THAT THE ABOVE STATEMENTS ARE CORRECT TO THE BEST OF MY KNOWLEDGE. FOR NOTICES TO APPEAR, I ALSO CERTIFY THAT A COMPLETE LIST OF WITNESSES AND EVIDENCE KNOWN TO ME IS ATTACHED.

W. [illegible]

I am the Victim ☐ Contact person for the victim ☐ or, Next of Kin of the victim ☐ in a Homicide ☐ Sexual Offense ☐ Stalking ☐ Domestic Violence ☐ Child Abuse ☐ (Including Attempts) Other ☐ . I wish to be notified if the defendant is released from jail. Yes ☐ No ☐

NAME Phone

Address

VICTIM'S SIGNATURE DATE

ARRESTING AGENCY

SAO FORM-425, 10/03

WITNESS STATUS: ☐ V-VICTIM ☐ C-Complainant ☐ W-All Other Witnesses ☐ Check if Witness Was Sworn

1790757

☐ (W) WEAVER-ROGERS DAVID B M 12-[illegible]-63

4911 EHRLICH RD TAMPA FL

336-4050



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-140538 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**



**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**

| | |
|---|---|
| **GO# HS 2012-140538 CLEARED BY ARREST** | **TRESPASS-2 TRESPASS MISDEMEANOR** |

## Related Event(s)

| | |
|---|---|
| CP | HS2012-115160 |
| AB | HS2012-12013118 |
| AB | HS2012-12014253 |

## Related Person(s)

### 1. Arrestee # 1 - TAYLOR-WILLIAMS, JOYCE ANN

**(Case Specific Information)**

Sex: **FEMALE**
Race: **BLACK/AFRICAN AMERICAN**
Date of birth: **Aug-03-1953**
Address: **17928 BAHAMA ISLE CR**
        Municipality: **TAMPA , Florida   33647**
        District: **T2**   Beat:   Grid: **TA0254**

**Phone Numbers**
    Home:   **(813)  982-9397**

**Particulars**

Place of birth: **Florida**
Occupation: **PHARMACIST**
Employer: **PILL DOC**
Citizenship: **America, United States of**
Marital status: **Married**
Ethnicity: **Not of Hispanic Origin**
Language(s) spoken:  **English**
Height: **5'03** Weight: **160 lbs.**
Disability: **No**
Build: **Large**   Complexion: **Medium Brown**
Handed: **Right Handed**
Eye color: **Brown**
Hair color: **Black**
Facial hair style:  **None**
Additional remarks: **MAY HAVE CONCEALED WEAPONS PERMIT / USE CAUTION**

**Master Name Index Reference**

Name: **TAYLOR-WILLIAMS, JOYCE  ANN**
Sex: **FEMALE**
Race: **BLACK/AFRICAN AMERICAN**
Date of birth: **Aug-03-1953**
Ethnicity: **Not of Hispanic Origin**
Address: **17928 BAHAMA ISLE CR**
        Municipality: **TAMPA , Florida   33647**
        District: **T2**   Beat:   Grid: **TA0254**

**Phone numbers**



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-140538 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**

Home: (813) 790-4960

**Alias(es)/AKA**

| Name: | Address: | Sex: | DOB: |
|---|---|---|---|
| **TAYLOR, JOYCE** | | **F** | **Aug-03-1953** |
| **WILLIAMS, JOYCE** | | **F** | **Aug-03-1953** |

**Linkage factors**

  Age range : **50-64 Years**
  Armed with : **Unarmed**
  Offense: **TRESPASS- 2  TRESPASS MISDEMEANOR  - TRESPASS MISDEMEANOR**

## 2. Complainant # 1 - STEPHENSON, SHAWN LEE

### (Case Specific Information)

  Sex: **MALE**
  Race: **BLACK/AFRICAN AMERICAN**
  Date of birth: **May-26-1967**
  Address: **7004 53RD ST N**
        Municipality: **TAMPA , Florida   33617**
        District: **D1**  Beat:   Grid: **HS3411**

  **Phone Numbers**
      Home:   **(727) 743-6723**
      Business:  **(813) 264-4050**

**Particulars**

  Place of birth: **Ohio**
  Occupation: **MAINTENANCE**
  Employer: **BIBLE BASE FLWSHIP   4811 ERLICH RD**
  Citizenship: **America, United States of**
  Marital status: **Married**
  Ethnicity: **Not of Hispanic Origin**
  Language(s) spoken:  **English**
  Height: **6'00** Weight: **260 lbs.**
  Build: **Large**   Complexion: **Dark**
  Handed: **Right Handed**
  Eye color: **Brown**
  Hair color: **Black**
  Hair style: **Short**
  Facial hair color: **Black**
  Facial hair style:  **Goatee**

**Master Name Index Reference**

  Name: **STEPHENSON, SHAWN  LEE**
  Sex: **MALE**
  Race: **BLACK/AFRICAN AMERICAN**
  Date of birth: **May-26-1967**



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-140538 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**

Ethnicity: **Not of Hispanic Origin**
Address: **7004 53RD ST N**
          Municipality: **TAMPA , Florida   33617**
          District: **D1**   Beat:   Grid: **HS3411**
**Phone numbers**
Home: **(727) 743-6723**
Business: **(813) 264-4050**

**Linkage factors**
  Resident status : **Resident**
  Age range : **30-49 Years**

3.  **Witness # 1 - WEAVER-ROGERS, DAVID QUIZIT**

**(Case Specific Information)**



Address:

**Phone Numbers**

**Particulars**
  Employer: **TPD   3818 W TAMPABAY BL**
  Citizenship: **America, United States of**
  Ethnicity: **Not of Hispanic Origin**
  Language(s) spoken: **English**
  Height: **6'2** Weight: **215 lbs.**
  Disability: **No**
  Build: **Medium**   Complexion: **Black**
  Handed: **Right Handed**
  Eye color: **Brown**
  Additional remarks: **TPD OFFICER/**

**Master Name Index Reference**
  Name: **WEAVER-ROGERS, DAVID  QUIZIT**



          District: **D1**   Beat:   Grid: **HS3221**
**Phone numbers**

**Linkage factors**



**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**
GO# HS 2012-140538 CLEARED BY ARREST          TRESPASS-2 TRESPASS MISDEMEANOR

Resident status : **Resident**
Age range : **30-49 Years**

## Related Business(es)

1. **Premise # 1 - BIBLE BASED FELLOWSHIP CHURCH**
   Address: **4903 EHRLICH RD**
           Municipality: **TAMPA , Florida   33624-**
   Phone number: **(813)  264-4050**
   Type: **Churches**



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-140538 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**

## Related Text Page(s)

Document: **INVESTIGATION**
Author: **3305 - Mitchell, Willie J**
Related date/time: **Mar-18-2012  (Sun.) 1259**

On 03/18/2012 at approximately 1112 hours, the complainant, Shawn Lee Stephenson (Church Employee) advised me that Joyce Ann Taylor-Williams (Arrestee) was within the Premise, Bible Based Church. The arrestee was issued a trespass warning on 03/04/2012 under HCSO Case Number 12-115160 I responded and located the arrestee within the listed church. Subsequently, she was escorted out of the premise by the attending church usher which is the witness, David Weaver-Rogers. Writer effected an arrest and she was transported to Orient Road Jail without incident. An NCIC-FCIC check on the arrestee was negative. The balance of this investigation is limited to the interview.


MRE ATTACHMENTS
CRA



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-140538 CLEARED BY ARREST          TRESPASS-2 TRESPASS MISDEMEANOR**

## Related Text Page(s)

Document: **INTERVIEW-COMPLAINTANT**
Author: **3305 - Mitchell, Willie J**
Subject: **STEPHENSON, SHAWN LEE**
Related date/time: **Mar-18-2012 (Sun.) 1316**

He said that Joyce Ann Taylor-Williams was within Bible Based Church.



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY

**GO# HS 2012-140538 CLEARED BY ARREST**              **TRESPASS-2 TRESPASS MISDEMEANOR**

## Clearance Information

Agency: **Hillsborough County**
Cleared status: **Adult Arrest  - Not Applicable**
Cleared on: **Mar-18-2012  (Sun.)**



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-140538 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**

# Related Arrest Report: AB# 2012-12013118
Arrestee: **TAYLOR-WILLIAMS, JOYCE ANN**
Date of birth: **Aug-03-1953**
Related CD#: **650086**

# Arrest Information
Status: **Probable Cause**
Reason for arrest: **Probable Cause**
Arrest date: **Mar-18-2012 (Sun.) 1115**
Rush file required: **NO**
Booked into cell: **YES**
Arrest agency: **Hillsborough County Sheriff**
Arresting officers: **3305 - Mitchell, Willie J**
Summary of facts: **TRESPASS IN OCCUPIED STRUCTURE OR CONVEYAN**

Arrest location

SODA zone: **NO** Drug free zone: **NO**

## Additional Arrest Information
Case Screened: **NO**
Notify victim on release: **NO**
Juvenile: **NO**
Armed with: **Unarmed**
Diversion recommended: **NO**
Interpreter needed: **NO**
Rights given: **NO**
Marital status: **Married**
Mental exam required: **NO**
Statement taken: **NO**
Fingerprinted: **NO** Photo taken: **NO**
CD updated: **NO**
Family notified: **NO**
Lawyer called: **NO**
Meal given: **NO** Coffee given: **NO**
Arrestee's occupation: **PHARMACIST**
Detained: **NO**

## Related Warrants
Warrant number: **22049085** on: **Jul-19-2011 (Tue.)**
Reason for warrant: **DWLS W/KNOWLEDGE**



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY

**GO# HS 2012-140538 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**

# Related Arrest Report: AB# 2012-12014253

Arrestee: **TAYLOR-WILLIAMS, JOYCE  ANN**
Date of birth: **Aug-03-1953**
Related CD#: **650086**

# Arrest Information

Status: **Probable Cause**
Reason for arrest: **Probable Cause**
Arrest date: **Mar-25-2012  (Sun.) 1100**
Rush file required: **NO**
Booked into cell: **YES**
Arrest agency: **Hillsborough County Sheriff**
Arresting officers: **4039 –  Rembert, Raymond L**
Summary of facts: **TRESPASS ON PROP OTHER THAN STRUCTURE OR C**

Arrest location

SODA zone: **NO** Drug free zone: **NO**

## Additional Arrest Information

Case Screened: **NO**
Notify victim on release: **NO**
Juvenile: **NO**
Armed with: **Unarmed**
Diversion recommended: **NO**
Interpreter needed: **NO**
Rights given: **NO**
Marital status: **Married**
Mental exam required: **NO**
Statement taken: **NO**
Fingerprinted: **NO** Photo taken: **NO**
CD updated: **NO**
Family notified: **NO**
Lawyer called: **NO**
Meal given: **NO** Coffee given: **NO**
Arrestee's occupation: **PHARMACIST**
Detained: **NO**

## Related Warrants

Warrant number: **22049085** on: **Jul-19-2011  (Tue.)**
Reason for warrant: **DWLS W/KNOWLEDGE**



**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OCCURRENCE HARDCOPY**

**GO# HS 2012-140538 CLEARED BY ARREST**            **TRESPASS-2 TRESPASS MISDEMEANOR**

**\*\*\* END OF HARDCOPY \*\*\***



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY

GO# HS 2012-153943 CLEARED BY ARREST          TRESPASS-2 TRESPASS MISDEMEANOR

## General Offense Information

Operational status: **CLEARED BY ARREST**
Reported on: **Mar-25-2012 (Sun.) 1000**
Occurred on: **Mar-25-2012 (Sun.) 955**
Approved on: **Mar-25-2012 (Sun.) by: 5604 - Gomes, Clint C**
Report submitted by: **4039 - Rembert, Raymond L**
Org unit: **Squad 562 B - West**
Address: **4811 EHRLICH RD**
      Municipality: **HILLSBOROUGH COUNTY**
      District: **D1**  Beat: **A01**  Grid: **HS3221**
Felony/Misdemeanor: **MISDEMEANOR**
Bias: **None (no bias)**
Family violence: **NO**

## Offenses (Completed/Attempted)

Offense: **# 1  TRESPASS-2  TRESPASS MISDEMEANOR - COMPLETED**
Location: **Church/Synagogue/Temple**
Offender suspected of using: **Not Applicable**



IN4324  12-13-12



## HILLSBOROUGH COUNTY SHERIFF
### GENERAL OCCURRENCE HARDCOPY

**GO# HS 2012-153943 CLEARED BY ARREST**

**TRESPASS-2 TRESPASS MISDEMEANOR**

# Related Image - Criminal Report Affidavit

Attachment Description:

Reference Number:

---

**CRIMINAL REPORT AFFIDAVIT / NOTICE TO APPEAR**

1783587

AGENCY REPORT # 12-153943   AGENCY NAME HCSO   OR # FL0290000

LOCATION OF OFFENSE 4811 Ehrlich Rd. Tampa Fl 33624   DATE OF OFFENSE 8/25/12   TIME OF OFFENSE 10:00

LOCATION OF ARREST 4811 Ehrlich Rd. TPA FL 33624   DATE OF ARREST 08/25/12   TIME OF ARREST 11:00

NAME Williams Tyler Arthur

LOCAL ADDRESS 17928 Bahama Isle Dr. Tampa Fl 33647   Ph # 770-496...

STATUTE / ORD #   CHARGE

810.09(1)a(1)   Trespass After Warning

A LIST OF TANGIBLE EVIDENCE

| DESCRIPTION/AMOUNT PER UNIT | RECOVERED BY | GIVEN TO | PRESENT LOCATION |
|---|---|---|---|
| N | 0 | N | E |



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-153943 CLEARED BY ARREST**                    **TRESPASS-2 TRESPASS MISDEMEANOR**



(Notice to appear ONLY)
DEFENDANT'S
RIGHT
THUMBPRINT AND/OR PHOTOGRAPH SUGGESTED

Arresting Agency



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OCCURRENCE HARDCOPY

**GO# HS 2012-153943 CLEARED BY ARREST** **TRESPASS-2 TRESPASS MISDEMEANOR**

AGENCY REPORT # 12-153943 AGENCY NAME HCSO 1783587

State facts to establish probable cause that a crime was committed by the defendant or that the child is dependent: Within Hillsborough County on 03/25/12 at Bible Based Church located at 4811 English Rd the defendant Joyce Taylor-Williams was observed by writer and church staff [illegible] bothering signs in the ground on church property. The defendant Williams was trespassed from the property on 03/[illegible]/2012, returned to the property and was arrested on 03/[illegible]/2012 for trespassing on the property, then returned once again placing signs on the church property along with her daughter Clifford Williams. The defendant was placed under arrest and transported to Orient Rd Jail. The defendant was positively identified by Florida Identification. Note: Due to the defendant's disruptive behavior yelling and screaming, business owner Percy [illegible] also trespassed the defendant off his property located at 4809 English Rd because she and her daughter were disrupting his business.

Judgement requested against defendant for agency investigative cost per Florida Statute 938.27: $ ____

OFFICER ____ POLICE REPORT WRITTEN: Yes ☑ No ☐ Dist. & Squad CR562/COR
I.D. # ____ Dist. & Squad ____ OFFICER R. L. Kimbel I.D. # 4037

SWORN TO AND SUBSCRIBED BEFORE ME THIS 25 DAY OF March, 20__

I SWEAR THAT THE ABOVE STATEMENTS ARE CORRECT TO THE BEST OF MY KNOWLEDGE. FOR NOTICES TO APPEAR, I ALSO CERTIFY THAT A COMPLETE LIST OF WITNESSES AND EVIDENCE KNOWN TO ME IS ATTACHED.

[signature] Dep. R. L. Kimbel 4037 CR/562
Dep. R. L. Kimbel 4037 CR/562

I am the Victim ☐ Contact person for the victim ☐ or, Next of Kin of the victim ☐ in a Homicide ☐ Sexual Offense ☐ Stalking ☐ Domestic Violence ☐ Child Abuse ☐ (Including Attempts). Other ☐ ____. I wish to be notified if the defendant is released from jail. Yes ☐ No ☐

NAME ____ Phone ____

Address ____

Victim's Signature ____ Date ____

ARRESTING AGENCY

SAO FORM-423, 10/03

WITNESS STATUS: V-VICTIM C-Complainant W-All Other Witnesses Check if Witness Was Sworn

1783587

W Allmond, Rodney R M 04/[illegible]/1965
10507 Marlton Pl Tampa, FL 33626 (813) 979-7147

W White-Rogers, Dave R M
N/A
3818 W. Tampa Bay Blvd TPA, FL 33607 (813) 359-6600



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-153943 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**



**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**

GO# HS 2012-153943 CLEARED BY ARREST                    TRESPASS-2 TRESPASS MISDEMEANOR

## Related Event(s)

CP      HS2012-153943
AB      HS2012-12014253

## Related Person(s)

1. **Arrestee # 1 - TAYLOR-WILLIAMS, JOYCE ANN**

**(Case Specific Information)**
Sex: FEMALE
Race: BLACK/AFRICAN AMERICAN
Date of birth: Aug-03-1953
Address: 17928 BAHAMA ISLE CR
        Municipality: TAMPA , Florida  33647
        District: T2  Beat:  Grid: TA0254
**Phone Numbers**
        Home: (813) 790-4960
**Particulars**
Place of birth: Florida
Occupation: PHARMACIST
Employer: PILL DOC
Citizenship: America, United States of
Marital status: Married
Ethnicity: Not of Hispanic Origin
Language(s) spoken: English
Height: 5'03 Weight: 160 lbs.
Disability: No
Build: Large   Complexion: Medium Brown
Handed: Right Handed
Eye color: Brown
Hair color: Black
Facial hair style:  None
Additional remarks: MAY HAVE CONCEALED WEAPONS PERMIT / USE CAUTION
**Master Name Index Reference**
Name: TAYLOR-WILLIAMS, JOYCE  ANN
Sex: FEMALE
Race: BLACK/AFRICAN AMERICAN
Date of birth: Aug-03-1953
Ethnicity: Not of Hispanic Origin
Address: 17928 BAHAMA ISLE CR
        Municipality: TAMPA , Florida  33647
        District: T2  Beat:  Grid: TA0254
**Phone numbers**
Home: (813) 790-4960



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-153943 CLEARED BY ARREST**        **TRESPASS-2 TRESPASS MISDEMEANOR**

---

## Alias(es)/AKA

| Name: | Address: | Sex: | DOB: |
|---|---|---|---|
| **TAYLOR, JOYCE** | | **F** | **Aug-03-1953** |
| **WILLIAMS, JOYCE** | | **F** | **Aug-03-1953** |

## Linkage factors

Resident status : **Resident**
Age range : **50-64 Years**
Armed with : **Unarmed**
Offense: **TRESPASS- 2  TRESPASS MISDEMEANOR  - COMPLETED**
Arrest date: **Mar-25-2012  (Sun.)**
Arrest type: **Onview ( Taken into custody without a warrant or previous report)**

## 2.  Involved # 1 - LEGENDRE, PERCY J III

## (Case Specific Information)

Sex: **MALE**
Race: **WHITE**
Date of birth: **Oct-10-1961**
Address: **12113 STEPPING STONE BL**
        Municipality: **TAMA , Florida**

## Particulars

Occupation: **ACCOUNTAINT**
Employer: **BASHOR AMAZON**
Citizenship: **America, United States of**
Ethnicity: **Not of Hispanic Origin**
Language(s) spoken:  **English**
Height: **5'10** Weight: **145 lbs.**
Eye color: **Green**
Hair color: **Brown**
Additional remarks: **02036201**

## Master Name Index Reference

Name: **LEGENDRE, PERCY  J  III**
Sex: **MALE**
Race: **WHITE**
Date of birth: **Oct-10-1961**
Ethnicity: **Not of Hispanic Origin**
Address: **12113 STEPPING STONE BL**
        Municipality: **TAMA , Florida**

## Linkage factors

Resident status : **Resident**
Age range : **50-64 Years**

---



**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**

GO# HS 2012-153943 CLEARED BY ARREST          TRESPASS-2 TRESPASS MISDEMEANOR

## 3.  Involved # 2 - WILLIAMS, CLIFFANY NICOLE

**(Case Specific Information)**
  Sex: **FEMALE**
  Race: **BLACK/AFRICAN AMERICAN**
  Date of birth: **Mar-06-1984**
  Address: **20257 MERRY OAK AV**
          Municipality: **TAMPA , Florida   33647**
          District: **D1**  Beat:  Grid: **HS3385**
  **Phone Numbers**
          Home:  **(813) 760-4812**

**Particulars**
  Place of birth: **Florida**
  Ethnicity: **Not of Hispanic Origin**
  Language(s) spoken:  **English**
  Height: **5'00** Weight: **160 lbs.**
  Build: **Fat**   Complexion: **Dark Brown**
  Eye color: **Brown**
  Hair color: **Brown**
  Hair style:  **Long**
  Additional remarks: **TRESPASSED FROM BIBLE BASE CHURCH 4811 EHRLICH RD**

**Master Name Index Reference**
  Name: **WILLIAMS, CLIFFANY  NICOLE**
  Sex: **FEMALE**
  Race: **BLACK/AFRICAN AMERICAN**
  Date of birth: **Mar-06-1984**
  Ethnicity: **Not of Hispanic Origin**
  Address: **20257 MERRY OAK AV**
          Municipality: **TAMPA , Florida   33647**
          District: **D1**  Beat:   Grid: **HS3385**
  **Phone numbers**
  Home:  **(813) 760-4812**

**Linkage factors**
  Resident status : **Resident**
  Age range : **22-29 Years**

## 4.  Witness # 1 - ALLMOND, RODNEY RAYNARD

**(Case Specific Information)**
  Sex: **MALE**
  Race: **BLACK/AFRICAN AMERICAN**
  Date of birth: **Apr-16-1965**
  Address: **10507 MARLINGTON PL**
          Municipality: **TAMPA , Florida   33626**
          District: **D3**  Beat:   Grid: **HS3038**



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-153943 CLEARED BY ARREST**      **TRESPASS-2 TRESPASS MISDEMEANOR**

## Phone Numbers
Home: **(813) 579-7141**
Business: **(813) 264-4050**

## Particulars
Place of birth: **Maryland**
Occupation: **PROPERY MANAGER**
Employer: **BIBLE BASED FELLOWSHIP CHURCH   4811 EHRLICH RD**
Citizenship: **America, United States of**
Marital status: **Married**
Ethnicity: **Not of Hispanic Origin**
Language(s) spoken: **English**
Height: **6'02** Weight: **165 lbs.**
Disability: **No**
Build: **Thin**   Complexion: **Medium Brown**
Handed: **Unknown**
Eye color: **Brown**   Lens type: **Unknown Type**
Hair color: **Black**
Hair style: **Short**
Facial hair color: **Black**
Facial hair style: **Mustache**

## Master Name Index Reference
Name: **ALLMOND, RODNEY  RAYNARD**
Sex: **MALE**
Race: **BLACK/AFRICAN AMERICAN**
Date of birth: **Apr-16-1965**
Ethnicity: **Not of Hispanic Origin**
Address: **10507 MARLINGTON PL**
    Municipality: **TAMPA , Florida   33626**
    District: **D3**   Beat:   Grid: **HS3038**
Phone numbers
Home: **(813) 579-7141**
Business: **(813) 264-4050**

## Linkage factors
Resident status : **Resident**
Age range : **30-49 Years**

5. Witness # 2 – WEAVER-RODGERS, DAVE

**(Case Specific Information)**





## HILLSBOROUGH COUNTY SHERIFF
### GENERAL OCCURRENCE HARDCOPY

**GO# HS 2012-153943 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**

## Particulars

Occupation: **POLICE OFFICER**
Employer: **TAMPA POLICE DEPARTMENT   3818 W TAMPA BAY BLVD**

## Master Name Index Reference

Name: **WEAVER-RODGERS, DAVE**



## Related Business(es)

1. **Premise # 1 - BIBLE BASED FELLOWSHIP**

   Address: **4811 EHRLICH RD**
   Municipality: **TAMPA , Florida   33624~**
   District: **D1**   Beat:   Grid: **HS3221**
   Phone number: **(813)  264-4050**
   Type: **Churches**



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-153943 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**

## Related Text Page(s)

Document: **INVESTIGATION**
Author: **4039 - Rembert, Raymond L**
Related date/time: **Mar-25-2012  (Sun.) 1000**

Within Hillsborough County on the above listed dates and times, the defendant Joyce Taylor-Williams was observed by writer and the witnesses placing protest signs at the entrance/exit of Bible Based Church property. Writer ascertained that the defendant Joyce Taylor-Williams was trespassed from the entire church property on March 4, 2012, then arrested on March 18, 2012 for trespass after warning. Writer attempted to remove the defendant and her daughter (Cliffany) from the property as they yelled and screamed. Both subjects were then trespassed from 4809 Ehrlich Rd. by the property owner Percy Legendre because they were disrupting his business. Writer placed Joyce Williams under arrest for trespassing after warning, she was later transported to Orient Rd. Jail by Deputy Alan Grimaldi #2127 with out incident.

Note: Joyce William and Cliffany Williams were both trespassed from 4809 Ehrlich Rd. on this date.

MRE ATTACHMENTS:

CRA



## HILLSBOROUGH COUNTY SHERIFF
### GENERAL OCCURRENCE HARDCOPY
**GO# HS 2012-153943 CLEARED BY ARREST**          **TRESPASS-2 TRESPASS MISDEMEANOR**

## Related Text Page(s)

Document: **INTERVIEW-WITNESS**
Author: **4039 - Rembert, Raymond L**
Subject: **ALLMOND, RODNEY**
Related date/time: **Mar-25-2012  (Sun.) 1115**

Rodney Allmond stated he observed Joyce williams and her daughter Cliffany
Williams putting signs out on the church property and he alerted other
church staff. Upon Deputy Rembert's arrival he observed Joyce and her
daughter (Cliffany) becoming aggressive towards him. Rodney stated both
mother and daughter have been trespassed from the church property for
disruptive behavior.



**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OCCURRENCE HARDCOPY**

**GO# HS 2012-153943 CLEARED BY ARREST**　　　　**TRESPASS-2 TRESPASS MISDEMEANOR**

## Related Text Page(s)

Document: **INTERVIEW-WITNESS**
Author: **4039 - Rembert, Raymond L**
Subject: **WEAVER-RODGERS, DAVE**
Related date/time: **Mar-25-2012 (Sun.) 1116**

Dave Weaver-Rogers stated he observed Joyce Williams and her daughter
placing signs on church property. Dave stated he observed both subjects
screaming and yelling as deputies tried to talk to them. Dave stated they
have been trespassed from the church property and Joyce Williams was
arrested the week prior for trespassing.



**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OCCURRENCE HARDCOPY**

GO# HS 2012-153943 CLEARED BY ARREST          TRESPASS-2 TRESPASS MISDEMEANOR

## Related Text Page(s)

Document: **INTERVIEW-ARRESTEE**
Author: **4039 - Rembert, Raymond L**
Subject: **TAYLOR-WILLIAMS, JOYCE ANN**
Related date/time: **Mar-25-2012 (Sun.) 1120**

Post Miranda: Joyce Williams refused to make any comments.



**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**

**GO# HS 2012-153943 CLEARED BY ARREST**                **TRESPASS-2 TRESPASS MISDEMEANOR**

## Clearance Information

Agency: **Hillsborough County**
Cleared status: **Adult Arrest  - Not Applicable**
Cleared on: **Mar-25-2012  (Sun.)**



**HILLSBOROUGH COUNTY SHERIFF**
GENERAL OCCURRENCE HARDCOPY
GO# HS 2012-153943 CLEARED BY ARREST          TRESPASS-2 TRESPASS MISDEMEANOR

# Related Arrest Report: AB# 2012-12014253

Arrestee: TAYLOR-WILLIAMS, JOYCE ANN
Date of birth: Aug-03-1953
Related CD#: 650086

# Arrest Information

Status: **Probable Cause**
Reason for arrest: **Probable Cause**
Arrest date: **Mar-25-2012  (Sun.) 1100**
Rush file required: **NO**
Booked into cell: **YES**
Arrest agency: **Hillsborough County Sheriff**
Arresting officers: **4039 –  Rembert, Raymond L**
Summary of facts: **TRESPASS ON PROP OTHER THAN STRUCTURE OR C**

Arrest location

SODA zone: **NO** Drug free zone: **NO**

### Additional Arrest Information

Case Screened: **NO**
Notify victim on release: **NO**
Juvenile: **NO**
Armed with: **Unarmed**
Diversion recommended: **NO**
Interpreter needed: **NO**
Rights given: **NO**
Marital status: **Married**
Mental exam required: **NO**
Statement taken: **NO**
Fingerprinted: **NO** Photo taken: **NO**
CD updated: **NO**
Family notified: **NO**
Lawyer called: **NO**
Meal given: **NO** Coffee given: **NO**
Arrestee's occupation: **PHARMACIST**
Detained: **NO**

### Related Warrants

Warrant number: **22049085** on: **Jul-19-2011  (Tue.)**
Reason for warrant: **DWLS W/KNOWLEDGE**



**HILLSBOROUGH COUNTY SHERIFF**
**GENERAL OCCURRENCE HARDCOPY**
GO# HS 2012-153943 CLEARED BY ARREST          TRESPASS-2 TRESPASS MISDEMEANOR

**\*\*\* END OF HARDCOPY \*\*\***

By-Laws

of

Bible-Based Fellowship, Inc.

I. Organization

WHEREAS, we believe that Jesus Christ is the Lord of the universe, the Savior of all who put their trust in His name, the present advocate of all saints and the coming King who will reign in glory forever and ever.

AND WHEREAS, WE BELIEVE THE Bible to be the verbally inspired and complete Word of God, our only guide and authority for belief and practice.

AND WHEREAS, we believe in the Biblical principles of shepherding, counsel, discipleship and leadership, we do adopt the following resolution.

BE IT RESOLVED:

1) That the name of the Corporation shall be Bible-Based Fellowship, Inc.

2) The organization shall have a seal which shall be in the following form

EXHIBIT
C

## II. Purpose

The following are the purposes for which the organization has been organized:

For the proclamation of the preached word, for the worship of God in praise and prayer, for the sanctity of the family, for the sacred unity of the home, for the purity of social life, for the teaching of temperance and chastity;

To propagate the gospel through effecting programs of evangelism, personal soul-winning missions and worship;

To build the Saints in the faith by effective Bible teaching and expository preaching of the Word of God;

For a church that guides the misdirected, perfects the sinners and embraces both the unsaved and the unchurched;

For a church with a relevant vision, that is biblically sound, socially conscious, unashamedly Black and unapologetically Christian;

For the comfort of all who mourn, for strengthening those who are tempted, for the light to those who see no way, for a church where the heart is touched, the head is stimulated and the hands are extended to the needing;

We will dedicate ourselves to the service of Christ and His kingdom, to "uplift" the lives of humanity. We will humbly commit and dedicate ourselves to this Bible-based, Christ-centered and Holy Spirit-led fellowship, in the name of God the Father, Christ His Son, and the Holy Spirit, our Comforter.

2

## III. Membership

Membership in this organization shall be open to all who confess Christ as Lord and agree to the following Covenant:

## MEMBERSHIP COVENANT/AGREEMENT

I _____, HEREBY SUBMIT MY APPLICATION FOR MEMBERSHIP WITH BIBLE-BASED FELLOWSHIP CHURCH BY AGREEING TO THE FOLLOWING BIBLICAL PRINCIPLES:

I agree to GROW: (II Peter 3:18) *But grow in grace, and in the knowledge of our Lord and Savior Jesus Christ. To him be glory both now and forever Amen.*

I will facilitate my spiritual growth by faithful involvement and participation in the Church's Teaching Ministries that include but are not limited to the Pastor's Orientation, Blast Off, Step I, Step II, Step III programs, Christian Education Offerings, Bible Discovery Hour, Bible Study, and Private Daily Devotion.

I agree to SERVE: (James 2:14-17) *What doth it profit, my brethren though a man say he hath faith, and have not works? Can faith save him? If a brother or sister be naked, and destitute of daily food, and one of you say unto them depart in peace, be ye warmed and filled; notwithstanding ye give them not those things which are needful to the body; what doth it profit? Even so faith, if it hath not works, is dead, being alone.*

I will learn of the various Ministry Offerings and select an area where I can work by giving of my skills, experience and training to the growth of myself as well as others.

I agree to GIVE: (Malachi 3:10) *Bring ye all the tithes into the storehouse, that there may be meat in mine house, and prove me now herewith, saith the Lord of hosts, if I will not open you the windows of heaven, and pour you out a blessing, that there shall not be room enough to receive it.*

As I learn the biblical way of giving, I will model my giving to insure that God receives both the tithe (10 percent) of my gross earnings and an offering. I will be both liberal and consistent in this undertaking.

THIS I DO COVENANT WITH BIBLE-BASED FELLOWSHIP CHURCH AND THE LORD JESUS CHRIST AS MY WITNESS

This _____ Day of _____ 19 _____.

_____
Signature

3

The membership will have no voting authority on any aspect of the business associated with the church ministry.  The Board of Directors will seek consensus through the Ministry Coordinators to insure that the members' input is heard and examined.  Paid staff will act as Vision implementors, weekly reviewing, developing, and implementing the tactical vision strategy.

4

## IV. Meetings

The annual membership meeting of this organization shall be held on the third Wednesday of January and every year except if such day be a legal holiday then and in that event the Board of Directors shall fix the day but it shall not be more than two weeks from the date fixed by these By-Laws. The Secretary shall notify all members in good standing telling the time and place of such annual meeting.

Regular meetings of this organization shall be held at 4811 Ehrlich Road, Tampa, Florida, 33624.

The President shall declare a quorum to conduct the business of this organization.

Special meetings of this organization may be called by the president when he deems it for the best interest of the organization.

## V.  Order of Business

1. Prayer

2. Reading of Scripture

3. Statement of President

4. Reports on Ministries

5. Old and Unfinished Business

6. New Business

7. Closing Prayer

## VI.  Board of Directors

a) The business of this organization shall be managed by a Board of Directors consisting of four members.

b) The Board of Directors shall have the control and management of the affairs and business of this organization.  Such Board of Directors shall only act in the name of the organization when it shall be regularly convened by its chairman after due notice to all the directors of such meetings.

c) Three of the members of the Board of Directors shall constitute a quorum and the meetings of the Board of Directors shall be held quarterly or as called by the President and Chairman.

d) The Board of Directors may make such rules and regulations covering its meetings as it may in its discretion determine necessary.   .

e) Vacancies and additions in the said Board of Directors shall be filled by the President.

f) The President of the organization by virtue of his office shall be Chairman of the Board of Directors.

g) A director may be removed when sufficient cause exists for such removal.  The Board of Directors may entertain charges against any director.  The Board of Directors shall

6

adopt such rules as it may in its discretion consider necessary for the best interests of the organization.

## VII. Officers

The officers of the organization shall be as follows:

> President.

> Vice President.

> Secretary.

> Treasurer.

The President shall preside at all membership meetings.

He shall by virtue of his office be Chairman of the Board of Directors.

He shall present at each annual meeting of the organization an annual report of the work of the organization.

He shall appoint all Ministry Coordinators, committees, temporary or permanent.

He shall see all books, reports and certificates as required by law that they are properly kept or filed.

He shall be one of the officers who may sign the checks or drafts of the organization.

He shall have such powers as may be reasonably construed as belonging to the chief executive of any organization.

The Vice President shall in the event of the absence or inability of the President to exercise his office become acting president of the organization with all the rights, privileges and powers as if he had been the duly elected president.

The Secretary shall keep the minutes and records of the organization in appropriate books.

It shall be his/her duty to file any certificates required by any statute, federal or state.

He/she shall give and serve all notices to members of this organization.

He/she shall be the official custodian of the records and seal of this organization.

8

He/she may be one of the officers required to sign the checks and drafts of the organization.

He/she shall present to the membership at any meetings any communication addressed to him/her as Secretary of the organization.

He/she shall submit to the Board of Directors any communications which shall be addressed to him as Secretary of the organization.

He/she shall attend to all correspondence of the organization and shall exercise all duties incident to the office of Secretary.

The Treasurer shall have the care and custody of all monies belonging to the organization and shall be solely responsible for such monies or securities of the organization.

He/she must be one of the officers who shall sign checks or drafts of the organization. No special fund may be set aside that shall make it unnecessary for the Treasurer to sign the checks issued upon it.

He/she shall render at stated periods as the Board of Directors shall determine a written account of the finances of the organization and such report shall be physically affixed to the minutes of the Board of Directors of such meeting.

He/she shall exercise all duties incident to the office of Treasurer.

Officers shall by virtue of their office be members of the Board of Directors.

No officer shall for any reason of his office be entitled to receive any salary or compensation, but nothing herein shall be construed to prevent an officer or director for receiving any compensation from the organization for duties other than as a director or officer, (i.e. full time employment).

9

## VIII.  Salaries

The President, Vice President, and Treasurer shall hire and fix the compensation of any and all employees which they in their discretion may determine to be necessary in the conduct of the business of the organization.

## IX.  Ministries .

All Ministry Coordinators of this organization shall be empowered by the President or Vice President and their term of office shall be for a period of no more than two years or less if sooner terminated by the action of the President or Vice President.

## X.  Amendments

These By-Laws may be altered, amended, repealed or added to by the President and Vice President.

## XI.  Executive Office

That the Executive Office of the Senior Pastor/President shall serve to:

a)  Freely administrate the Biblical mandates of the Church as the decision making office of the Church.

b)  The day to day operational decisions of the church shall be subject to the Executive Office only, except in the case of a "state of emergency" where other leadership has been duly appointed by the President.

c)  By administering the Holy Sacrament of Communion (Acts 1:4)

d)  By supervising the ordinance of baptism (Romans 6)

e)  By developing and maintaining a program of care and encouragement to the members, as well as console in sickness and bereavement.

f)  By caring for, encouraging and serving communion to the elderly of the Church in their home.

10

## CHARGE STATUS INFORMATION

### CLERK OF CIRCUIT COURT
### HILLSBOROUGH COUNTY, FLORIDA

DATE: 12 DEC 2012

TIME: 10:20:37

REPORT: Charges

PAGE: 1   OF   1

Full Name: TAYLORWILLIAMS, JOYCE ANN

Case Id: -12-CM-386344          UCN: 292012MM035344D001TA

ID: @7134928

Case Created: 03/25/2012   Case Status: Closed - 04/05/2012

SOID No: 00164176   Party: D001

G

Party Status: Closed - 04/05/2012

Case Type Misdemeanor

### Arrest Information

| Arrest Date | ReArrest Date | ReArrest Reason | Arresting Agency | ARN | Booking No | Jail Location | Release Date | Release Status |
|---|---|---|---|---|---|---|---|---|
| 03/25/2012 | | | HCSO - HILLSBOROUGH COUNTY SHERIFF OFFICE, DAVID GEE | 12183943 | 12014253 | | 04/12/2012 | SURETY BOND |

| Count | Charge Code | GOC | Charge Description | Level/Degree |
|---|---|---|---|---|
| 1 | 81009  1A2A-TRES4001 | | TRESPASS ON PROP OTHER THAN STRUCTURE OR CONVE | MISDEMEANOR FIRST DEGREE |

### No Active Bonds

### Current Charges

| Offense Date | Count | Charge Code | GOC | Charge Description | Level/Degree |
|---|---|---|---|---|---|
| 03/25/2012 | 1 | 81009  1A2A-TRES4001 | | TRESPASS ON PROP OTHER THAN STRUCTURE OR CONVE | MISDEMEANOR FIRST DEGREE |
| | | Plea Date | Plea | Disposition Date   Disposition | |
| | | | | 04/05/2012   NOLLE PROSSED | |

EXHIBIT D

DECEMBER 11, 2011

EXECUTIVE DIRECTOR OF OVERSIGHT COMMITTEE
BIBLE BASED FELLOWSHIP CHURCH
4811 EHRLICH RD.
TAMPA, FL 33624

CC: MICHAEL BOONE, FRED ROBINSON, KAREN MINCEY

DEAR MR. PARNELL DICKINSON:
IN. EXAMINATION OF THE FLORIDA DEPARTMENT OF STATE DIVISION OF
CORPORATIONS, YOU ARE LISTED AS A DIRECTOR FOR THIS ORGANIZATION. WITH THAT
SELECTION COME RESPONSIBILITIES SUBJECT TO GOVERNING AUTHORITIES. THAT
SELECTION COME RESPONSIBILITIES SUBJECT TO GOVERNING AUTHORITIES. THE
BOARD OF DIRECTORS IS THE LEGAL PROTECTORATE FOR THE INTERESTS OF THE
ENTIRE ORGANIZATION, DIRECTORS ONCE ELECTED MUST ACT IN THE BEST
INTEREST OF BOTH THE CORPORATION AND ALL OF THE SHAREHOLDER

    BOARD OF DIRECTOR DUTIES AND RESPONSIBILITIES INCLUDE
      MANAGE, OVERSEE AND MONITOR THE BUSINESS
    SELECT, COMPENSATE AND REPLACE SENIOR EXECUTIVES
    REVIEW AND IN SOME CASES, APPROVE CORPORATE FINANCIAL    OBJECTIVES
    INITIATE AND ADOPT CORPORATE PLANS AND ACTIONS;
    INITIATE AND ADOPT ACCOUNTING CHANGES;
    ADVISE OFFICERS AND REVIEW CORPORATE ACTIONS;
    MAKE SHAREHOLDERS OR MEMBERS RECOMMENDATIONS;
DIRECTORS ACT AS FIDUCIARIES TO THE CORPORATION, AND ONCE ELECTED MUST
SERVE THE BEST INTERESTS OF BOTH THE CORPORATION AND ALL OF THE
CORPORATION'S SHAREHOLDERS, NOT JUST THOSE WHO THE DIRECTOR WAS DIRECT BY.
A DIRECTOR'S FIDUCIARY DUTY ARISES OUT OF THE BOARD'S FIDUCIARY RELATIONSHIP
WITH THE CORPORATION AND SHAREHOLDERS. THROUGH CORPORATE LAW, A BOARD IS
GIVEN POWER TO MANAGE THE COMPANY, AND WITH THAT POWER COMES THE DUTY TO
USE THAT POWER TO BENEFIT THE COMPANY AND SHAREHOLDERS.

EXHIBIT
E

FIDUCIARY DUTIES OF DIRECTORS FALL UNDER TWO GENERAL CATEGORIES: (I) DUTY OF CARE; AND (II) DUTY OF LOYALTY. UNDER THE DUTY OF CARE, A DIRECTOR'S FIDUCIARY RESPONSIBILITY IS TO PERFORM HIS/HER DUTIES WITH THE DILIGENCE IF A REASONABLE PERSON IN SIMILAR CIRCUMSTANCES. UNDER THE DUTY OF LOYALTY, A DIRECTOR'S FIDUCIARY DUTY IS TO ACT IN GOOD FAITH FOR THE BEST INTERESTS OF THE CORPORATION.

OTHER DUTIES INCLUDE:
    DUTY TO ACT LAWFULLY-DIRECTORS HAVE A FIDUCIARY DUTY TO ACT IN A LAWFUL MANNER
DUTY TO DISCLOSURE- DIRECTORS HAVE A FIDUCIARY DUTY TO COMMUNICATE HONESTLY WITH SHAREHOLDERS
DUTY TO INQUIRE/MONITOR — DIRECTORS HAVE A FIDUCIARY DUTY TO ENSURE THAT THEY CAN ADEQUATELY RECEIVE AND REPORT CORPORATE INFORMATION; IF DIRECTORS ARE ALERTED TO A NEED TO MAKE FURTHER INQUIRY, THEY ARE OBLIGATED TO DO SO.

BREACH OF FIDUCIARY DUTY OF CARE ARISES THROUGH THE BOARD OF DIRECTORS MAKING A DECISION IN A NEGLIGENT MANNER (E.G. LACK OF INVOLVEMENT AND FAILURE TO MONITOR MANAGERS) OR FAILING TO ACT TO AVOID A PREVENTABLE LOSS (E.G. FAILURE TO MONITOR AND PREVENT EMPLOYEES' NON-COMPLIANCE WITH LAW).

BREACH OF THE FIDUCIARY DUTY OF LOYALTY GENERALLY OCCURS WHEN THERE IS DIRECTOR SELF-DEALING- THE DIRECTOR OBTAINS A BENEFIT AT THE EXPENSE OR TO THE DETRIMENT OF THE CORPORATION OR ITS SHAREHOLDERS.
EXAMPLES OF BREACH OF THE FIDUCIARY DUTY OF LOYALTY INCLUDE:
    A DIRECTOR, OR AN AFFILIATE OF THE DIRECTOR, HAS SOME HIDDEN INTEREST IN A TRANSACTION:
    A DIRECTOR DEPRIVES THE CORPORATION OF AN OPPORTUNITY THAT WOULD BE OF INTEREST TO THE CORPORATION;
    A DIRECTOR RECEIVES UNDISCLOSED, THIRD-PARTY COMPENSATION (E.G. A BROKER'S FEE) FOR ARRANGING A TRANSACTION THAT INVOLVES THE CORPORATION OR;
    A DIRECTOR COMPENSATE THEMSELVES EXCESSIVELY, AT THE EXPENSE OF SHAREHOLDERS;

BREACH OF FIDUCIARY DUTIES EITHER BY A DIRECTOR OR BOARD OF DIRECTOR5S EXPOSES THE ENTIRE BOARD OR A PARTICULAR DIRECTOR OR DIRECTORS TO SHAREHOLDER LAWSUITS. A SHAREHOLDER(S) CAN SUE THE CORPORATION AND/OR DIRECTORS(S) DIRECTLY (E.G. SHAREHOLDER A SUES DIRECTOR X) OR BRING A SHAREHOLDER DERIVATIVE SUIT AND SUE ON BEHALF OF THE CORPORATION. REMEDIES VARY, BUT RANGE FROM THE COURT PREVENTING THE TAKING OF AN ACTION OR ORDERING THAT TRANSACTION PROCEEDS BE HANDED OVER TO THE CORPORATION.

CURRENTLY, PUBLIC COMPANY DIRECTOR AND EXECUTIVE MISDEEDS ARE BEING ADDRESSED QUITE HARSHLY. AUTHORITIES ARE SEVERELY PUNISHING EXECUTIVES MISDEEDS ARE BEING ADDRESSED QUITE HARSHLY. AUTHORITIES ARE SEVERELY PUNISHING EXECUTIVES THAT TAKE ACTIONS WHICH RESULT IN VIOLATION IF THE LAW (E.G. FRAUD, OPTION BACK-DATING). PRIVATE COMPANY DIRECTORS MAY BE AFFECTED BY THIS OUTLOOK AS WELL.

DIRECTOR LIABILITY MAY BE REDUCED BY IMPLEMENTING THE FULL EXTENT OF STATUTORY PROTECTIONS AND AMENDING THE CORPORATE CERTIFICATE OF INCORPORATION AND BYLAWS. FIDUCIARY LIABILITY INSURANCE MAY ALSO BE USED TO PROVIDE FOR LEGAL EXPENSES.

IN A BREACH OF DUTY OF CARE CASE, DIRECTOR'S LIABILITY WILL DEPEND IN WHAT THE COURT CONCLUDES A REASONABLE PERSON WOULD HAVE DONE IN SIMILAR CIRCUMSTANCES. THIS "ORDINARY PRUDENT PERSON" STANDARD MEANS THAT DIRECTORS THAT HAVE GRATER ACCESS TO INFORMATION (INSIDE DIRECTORS) OR HAVE GREATER KNOWLEDGE IN A CERTAIN AREA (LAWYERS, ACCOUNTANTS) MAY BE HELD TO A GREATER STANDARD.

UNDER THE "BUSINESS JUDGMENT RULE, "DIRECTORS ARE PRESUMED TO HAVE BEEN INFIRMED, ACTED IN GOOD FAITH, AND HAD THE COMPANY'S BEST INTERESTS IN MIND. UNLESS THIS PRESUMPTION IS DISPROVED, COURTS FOCUS ON THE PROCESS BY WHICH A DECISION IS REACHED, NOT NECESSARILY THE OUTCOME.

THE POTENTIAL FOR DIRECTOR LIABILITY INCREASES IF A SHAREHOLDER ARGUES THAT THE DUTY OF LOYALTY WAS BREACHED. IN THIS CASE, THE DIRECTOR HAS THE BURDEN OF DISPROVING SELF-DEALING, AND THE COURT WILL SCRUTINIZE BOTH THE PROCESS AND THE SUBSTANCE OF A TRANSACTION.

BEFORE BECOMING A DIRECTOR, MAKE SURE YOU ARE ADEQUATELY PROTECTED. A DIRECTOR CAN BE NAMED AS A DEFENDANT IN A CLASS ACTION, DERIVATIVE SUIT, OR GOVERNMENTAL PROCEEDING. CORPORATE INDEMNIFICATION IS POSSIBLE, BUT A DIRECTOR MUST TAKE STEPS TO IMPLEMENT STATUTORY PROTECTIONS. DIRECTORS AND OFFICERS INSURANCE CAN BE USED TO GUARANTEE ACCESS TO LEGAL SERVICES. DIRECTORS INSURANCE MAY ALSO PROVIDE FOR THE PAYMENT OF ANY SETTLEMENT OR JUDGMENT AGAINST A DIRECTOR.

ALLOW ME TO ELABORATE ON SOME ISSUES I AM REQUESTING YOUR UNDIVIDED ATTENTION TO. I CAN THINK OF NO PROFESSION WHERE AN EMPLOYEE WOULD BE ABLE TO CONTINUE WORKING WITH A WORK HISTORY SO SPECKED.

- MILLIONS HAVE BEEN RAISED THROUGH DIFFERENT CHURCH CAMPAIGNS YET CHURCH REMAINS MILLIONS IN DEBT. WHERE IS THE MONEY?
- SALARY $25-30,000 MONTHLY. WHO APPROVED? HOUSING ALLOWANCE? WHO APPROVED?
- PASTOR HAS NOT WORKED IN OVER A YEAR, YET SALARY REMAINS THE SAME. WHO AUTHORIZED TRANSACTIONS? IS THIS DISABILITY INSURANCE?
- MISUSE OF ENTRUSTED FUNDS OR PROPERTY. PASTORS PERSONAL RESIDENTS AND THE CHURCH BUILT BY SAME CONTRACTOR. WHO AUTHORIZED THE MORTGAGES?

- **UNAUTHORIZED CONTRACTING BY PARALLEL ENTITY**
CHURCH AND PASTOR'S HOME BUILT BY SAME CONTRACTOR EVEN SHARED SAME PAINT. DOES CHURCH PAY FOR RESIDENT? WHO OWNS IT?
- NO BOARD AUTHORIZED.

- **EMBEZZLEMENT** – SUNDAY AUGUST 14, 2011 4:30PM
OFFERING COLLECTED AT SERVICE ($20,000-50,000) NO ACCOUNTABILITY (CHURCH ACCOUNTANT DELIBERATELY UNASSIGNED TO EVENT) WHO COUNTED AND RECORDED FOR FUNDS? WHERE DID FUNDS GO? WHO AUTHORIZE TRANSACTIONS?

- **FALSYING BUSINESS RECORDS**—ESTABLISHED BOARD OF DIRECTORS WITHOUT INDIVIDUALS KNOWLEDGE THEREFORE IN SELECTING THEM FOR CHURCH BOARD THEY FELL TO UNDERSTAND THEIR DUTY AS DIRECTORS INSTEAD LEADING THEM TO THINK THEY WERE BOARD MEMBERS WITHOUT AUTHORITY.

- **MISAPPROPRIATION OF FUNDS-**
- FUNDS WERE RAISED FOR AID TO HAITI BETWEEN JANUARY 17, 2010 FOR APPROXIMATELY 4-6 SERVICES-NO FUNDS WERE AVAILABLE FOR VOYAGE TO HAITI CREW, ATTENDANTS HAD TO USE THEIR OWN PERSONAL FUNDS FOR SECOND TRIP TO HAITI. WHERE IS HAITI FUNDS?

- **TAX EVASION** – ON FATHER'S DAY A BIG BROWN ENVELOPE FILL WITH MONEY WAS GIVEN TO PASTOR—CASH FILLED—HOW MUCH MONEY?

- AS A MEMBER I WOULD LIKE THE PRIVILEGE TO REVIEW THE CHURCH'S 990 FORM AS PERMITTED BY IRS. PLEASE ADVISE ME AS TO WHEN AND WHERE I MAY REVIEW THIS DOCUMENT. I AM AVAILABLE AND READY IMMEDIATELY. HOPEFULLY THIS CAN BE ARRANGED WITHIN 24 HOURS SINCE THIS IS MY LEGAL RIGHT AS A MEMBER. PLEASE NOTE THAT THESE ISSUES ARE SERIOUS AND SHOULD BE TAKEN AS SUCH. THIS PASTOR IS A DANGER BOTH TO HIMSELF AND TO THE CHURCH'S LIFE. PASTOR JONES HAS BEEN ABLE TO ACCUMULATE TOO MUCH POWER AND PRESTIGE AND IF NOT CONTROLLED AND MODERATED HIS NARCISSIST DESTRUCTIVE IMPULSES WITH THE BULLYING WILL EVENTUALLY DESTROY THE KINGDOM WHEN HE DOES NOT GET HIS WAY. PLEASE BE ADVISED THAT THE STATE ATTORNEY WILL BE ADVISED OF THESE INFRACTIONS.

- SINCERELY YOURS,

- DR. CLIFFANY WILLIAMS, PHARMD,RPHA

  X _____

**FILE NOW: FILING FEE IS $61.25**

**FILED**
**Mar 12, 1999 8:00 am**
**Secretary of State**
03-12-1999 90035 046 ***122.50

NONPROFIT CORPORATION ANNUAL REPORT 1999

FLORIDA DEPARTMENT OF STATE
Katherine Harris
Secretary of State
DIVISION OF CORPORATIONS

# DOCUMENT # N30875

1. Corporation Name
BIBLE-BASED FELLOWSHIP, INC.

Principal Place of Business
4011 EHRLICH ROAD
TAMPA FL 33624

Mailing Address
4011 EHRLICH ROAD
TAMPA FL 33624

2. Principal Place of Business
Suite, Apt. #, etc.
City & State
Zip Country

2a. Mailing Address
Suite, Apt. #, etc.
City & State
Zip Country

3. Date Incorporated or Qualified: 02/27/1989
4. FEI Number: 65-0139765 — Applied For / Not Applicable
5. Certificate of Status Desired ☐ $8.75 Additional Fee Required
6. Election Campaign Financing Trust Fund Contribution ☐ $5.00 May Be Added to Fees

9. Name and Address of Current Registered Agent
JONES, ARTHUR T.
6433 RENWICK CIRCLE
TAMPA FL 33647

10. Name and Address of New Registered Agent
Name
Street Address (P.O. Box Number is Not Acceptable)
City FL Zip Code

11. Pursuant to the provisions of Sections 617.0502 and 617.1508, Florida Statutes, the above-named corporation submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. Such change was authorized by the corporation's board of directors. I hereby accept the appointment as registered agent. I am familiar with, and accept the obligations of, Section 617.0503, Florida Statutes.

SIGNATURE ______ DATE

12. OFFICERS AND DIRECTORS

| Title | Name | Street Address | City-St-Zip | Delete |
|---|---|---|---|---|
| D | JONES, ARTHUR T. | 6433 RENWICK CIR. | TAMPA FL 33647 | ☐ |
| D | MASON, EARL B., SR. | 13212 BURNES LAKE DRIVE | TAMPA FL 33612 | ☒ |
| D | PETERSON, MARLENE | 10512 ROCHESTER WAY | TAMPA FL 33626 | ☐ |
| D | HUNTER, RUTH | 1024 APPLEWOOD DR | CLEARWATER FL 34619 | ☐ |
| | | | | ☐ |
| | | | | ☐ |

13. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 12

| Title | Name | Street Address | City-St-Zip | Change / Addition |
|---|---|---|---|---|
| D | McCarty, Keith | 3209 E. Lambright St | Tampa, FL 3361[illegible] | Addition ☒ |

EXHIBIT H

14. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this annual report or supplemental annual report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears in Block 12 or Block 13 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: SIGNATURE REQUIRED 1/22/99 88-264-0850

CR2E037 (11/98)

April 10, 1992

EXHIBIT
I

Country Place Civic Association
P. O. Box 272115
Tampa, FL 33688

Dear Editor:

A critic has taken pleasure in dissecting the presence of an
organization that is of Christian persuasion and spiritual
goodwill being housed at the abandoned site once housed by
McDaniel Nursery.  This parcel of land  has sat unoccupied
for more than two years and had become an eye sore to our
community.

The central problem appears to be with the identification of
the occupants/owners, a black congregation -- not the
demolition of our neighborhood.  Whether or not we as
residents of the Country Place sub-division, are acceptable
of the 1100 plus blacks migrating to our Community is a
simplistic version of the question.  The intent of the writer
Sherrie Scott, is to taint the image of a group of people, by
arousing the claim of crime associated; in an attempt to
rattle the nerves of the neighborhood, by intruding our minds
with intimidating chaos.  This pseudo-exploitative
manipulative tactic is a backlash that begs for a response.

The writer is urging a counter revolutionary desire to force
the church to find another praying ground, though I admonish
you neighbors; "Our arms are too short too box with God."
Some eight years or so ago as we ventured out to purchase a
home and decided upon the Country Place sub-division, we knew
that we were black, however, we sought a community that would
be safe and enriching for our children.  Needless to say we
never stopped to take stock in the fact that our African
descent would become an issue that would DAMN our
consciousness.  This controversy has awakened us, and I
therefore appeal to you my neighbors to examine the real
issues.

(1)   The architecture that the church renders to the
      community is a complimentary factor that adds to our
      property value and otherwise urges social and moral
      reform.  We are no longer a segregated community, but a
      rainbow, with many different cultures and religious
      discipline.  Shouldn't there be a choice of a community
      church to accommodate all residents desirous of
      spiritual edification.

(2)   Could the traffic on a street such as Ehrlich be any
      more inhibiting than the traffic associated with a
      Checker hamburger restaurant a couple of blocks west of
      us that certainly attracts all kinds of customers.

(3)   If the presence of a church is not good and decent then
      we are morally corrupt, for this is the very premise
      that we've all been taught upon. Or would a "topless
      bar" meet with your approval!!

Let us not live in a community of NOVOCAINE -- let's not
become aloof and detached from this problem--- yes, Jesus
lives and should manifest spiritually in all of us and if you
don't believe this, "THEN THAT'S IT." You're entitled to
confide in your own persuasions. I beseech you not to allow
your children to become sucked into the vertex of such an
event, feeling somehow a profound relationship to what is
being enacted upon them.  In this day and time to find young
folk enthused and attentive to hang out in the Lord's
vineyard as opposed to being in the streets is commendable
and I detest the writer's implications. These same young
inhabitants will be amid those charged with the awesome task
of eliding our country and community of the overt racism and
hatred that overpower and imprison some feeble perverts.

Let's welcome the church as a step in the right directions in
an effort to foster better communications.  I would
appreciate  the contents of this letter receiving the
visibility extended to the opposition.


Respectfully,

Joyce A. Taylor. R.Ph.

cc: Bible Based Fellowship Church

P.S.  Also worth noting is the fact that the church's lease
      expired after a 2 year contract in the Grand Plaza,
      therefore to have to vacate is common.

It's misleading to say that opposition was heard from Country
Place residents (as though there were many) when in fact
there were only (2) two voices representing 1609 homes.  One
individual posed valid concerns that were addressed  --  the
other posed concerns of prejudice ideology.

**TABLE OF CONTENTS**

**SUMMONS**

**COMPLAINT**

**EXHIBIT- A – POLICE REPORT 3-19-12**

**EXHIBIT – B- POLICE REPORT 3-25-12**

**EXHIBIT – C – CHURCH BYLAWS**

**EXHIBIT – D – CHARGE STATUS INFORMATION**

**EXHIBIT – E – LETTER TO EXECUTIVE DIRECTOR OF OVERSIGHT COMMITTEE**

**EXHIBIT – H – NONPROFIT ANNUAL REPORT 1999**

**EXHIBIT – I – LETTER TO COUNTRY PLACE CIVIC ASSOC 1999**